UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

FILED
US BANKR COURT CLERK
WEST'N DIST KENTUCKY
05 OCT 24 AM 10: 38

IN RE:                                          )
                                                )       CASE NO. 05-_____
DECKER COLLEGE, INC.           )
                                                )
                    DEBTOR      )
_____)

## MOTION TO APPOINT TRUSTEE

Comes Counsel for Petitioning Creditors, Stuart E. Alexander, III, and moves this Court to appoint a trustee.

As grounds therefore, counsel states that Debtor has engaged in a pattern of educational practices that have resulted in various federal agencies (Department of Education, Title IV) having revoked the debtor's right to reimbursements. Upon information and belief, and based upon Courier-Journal news reports, Debtor is currently being investigated by U.S. Attorneys' Office and the Federal Bureau of Investigations regarding alleged fraudulent practices involving applications for financial aid.

Respectfully submitted,

/s/ Stuart E. Alexander III
Stuart E. Alexander III
Tilford Dobbins Alexander Buckaway & Black, LLP
401 West Main Street, Ste. 1400
Louisville, Kentucky 40202
(502) 584-1000
*Counsel for Petitioning Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was this _____ day of October, 2005, mailed to the following parties of record:

**DECKER, INC.**
9721 Ormsby Station Road, Ste. 100
Louisville, Kentucky 40223

FBT, LLC, Registered Agent for Decker, Inc.
400 W. Market St., 32nd Floor
Louisville, Kentucky 40223

**DECKER COLLEGE, INC.**
981 S. Third St., Ste. 106
Louisville, Kentucky 40233

FBT, LLC, Registered Agent for Decker College, Inc.
400 W. Market St., 32nd Floor
Louisville, Kentucky 40223

**DECKER COLLEGE OF BUSINESS TECHNOLOGY**
981 S. Third St., Ste. 106
Louisville, Kentucky 40233

FBT, LLC, Registered Agent for Decker College of Business Technology
400 W. Market St., 32nd Floor
Louisville, Kentucky 40223

/s/Stuart E. Alexander III
Stuart E. Alexander III