ELECTRONICALLY FILED

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:

DECKER, INC.                                                                              CASE NO. 05-61805
                                                                                                          CHAPTER 7
      DEBTOR

---

**ORDER DESIGNATING INDIVIDUAL RESPONSIBLE
TO PERFORM DUTIES OF THE DEBTOR**

---

      This Court has reviewed the Corporate Resolution filed in this case and hereby appoints Joe Filar, Controller of Decker, Inc., d/b/a Decker College, Inc. as the individual responsible for performing the duties of the Company as a debtor in bankruptcy, pursuant to Rules 4002 and 9001(5)(A) of the Federal Rules of Bankruptcy Procedure.

Tendered by:

WISE DELCOTTO PLLC

 /s/ Laura Day DelCotto, Esq.
219 N. Upper Street
Lexington, KY 40507
Tel:  (859) 231-5800
Fax:  (859) 281-1179
E-mail:  ldelcotto@wwwatty.com
COUNSEL FOR DEBTOR

Z:\LDELCOTTO\Clients\Decker College, Inc\Pleadings\Order Designating Indiv Responsible 2005 Nov 11.DOC