UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 05-61805(2) |
| DECKER COLLEGE, INC. ) | Chapter 7 |
| ) | |
|     Debtor ) | |
| ) | |

## REPORT OF SALE

In accordance with the Order Authorizing Sale of Property entered January 25, 2006 (Docket # 196), Gallivan Auctioneers & Appraisers conducted the sale of the remaining property belonging to the Debtor located at 6801 Hillsdale in Indianapolis, Indiana. The sale was advertised and hand bills were produced advertising the liquidation sale and auction. The liquidation sale was conducted on February 8, 2006. A copy of the auction summary is available for inspection at the office of Robert W. Keats, Trustee.

### SALES AND COSTS SUMMARY

**Sale Proceeds**
| | |
|---|---|
| Gross Sales | $ 7,529.50 |
| **Total Sale Proceeds Received** | **$ 7,529.50** |

**Disbursement of Sale Proceeds**
| | |
|---|---|
| Sales Commission to Auctioneer | $ 1,882.37 |
| Advertising Costs (including hand bills) | $ included |
| Auction Services.Com costs | $ included |
| Dumpster rental expense and cleanup costs | $ 600.00 |
| Net Proceeds Due Seller | $ 5,047.13 |
| **Total Proceeds Disbursed** | **$ 7,529.50** |

Respectfully submitted,

_____/s/_____
Robert W. Keats, Trustee
150 South Third Street
Louisville, Kentucky 40202
(502) 587-8787

## **CERTIFICATE OF SERVICE**

    It is hereby certified that the foregoing was e-mailed to the service list and to Joseph Golden, Assistant US Trustee on March 6, 2006.

                                                        _____/s/_____
                                                        Robert W. Keats