UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 05-61805(2) |
| DECKER COLLEGE, INC. | ) | Chapter 7 |
| | ) | |
| Debtor | ) | |
| _____ | ) | |

## REPORT OF SALE

In accordance with the Order Authorizing Sale of Property entered January 25, 2006 (Docket # 194), Wardlow Auctions, Inc. conducted the sale of the remaining property belonging to the Debtor located at 5534 National Turnpike, Louisville, Kentucky 40214.  The sale was advertised and hand bills were produced advertising the liquidation sale and auction.  The liquidation sale was conducted on February 25, 2006. A copy of the auction summary is available for inspection at the office of Robert W. Keats, Trustee.

### SALES AND COSTS SUMMARY

**Sale Proceeds**

| | |
|---|---|
| Sale Proceeds (Robert Keats, Trustee) | $88,190.00 |

**Disbursement of Sale Proceeds**

| | |
|---|---|
| Sales Commission to Auctioneer | $17,638.00 |
| Advertising Costs (including hand bills) | $ 2,258.01 |
| Boxing of Decker files (8 hr x $10.00) | $     80.00 |
| Credit card fee ($40,429.46 x 3%) | $ 1,212.88 |
| Net Proceeds Due Seller | $67,001.11 |
| **Total Proceeds Disbursed** | **$88,190.00** |

Respectfully submitted,

_____/s/_____
Robert W. Keats, Trustee
150 South Third Street
Louisville, Kentucky 40202
(502) 587-8787

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that the foregoing was e-mailed to the service list and to Joseph Golden, Assistant US Trustee on March 15, 2006.

_____/s/_____
Robert W. Keats