UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DECKER COLLEGE, INC. | ) | Case No. 05-61805 |
| | ) | |
| Debtor. | ) | Honorable Thomas H. Fulton |
| | ) | |

## VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2019(a)

W. Robinson Beard, first being duly sworn, deposes and states as follows:

1. I am attorney-at-law and member of the law firm of Stites & Harbison, PLLC ("Stites").

2. Stites is a multi-state law firm with offices located at 400 West Market Street, Louisville, Kentucky 40202, and additional offices in Lexington and Frankfort, Kentucky, Jeffersonville, Indiana, Nashville, Tennessee, Atlanta, Georgia and Alexandria, Virginia.

3. Stites has been engaged to represent multiple creditors in connection with the above-captioned Chapter 7 case.

4. Stites has been engaged to represent Wilson & Muir Bank and Trust Company ("W&M"). W&M is a secured creditor of Decker College, Inc., whose claim was valued at $3,040,222.06 in its proof of claim.

5. Stites has been engaged to represent TAK Real Estate Investors, L.L.C. ("TAK"). TAK is a former landlord of Decker College, Inc. who holds claims for administrative expenses and rejection damages for a lease of commercial property in Atlanta, Georgia. TAK claims administrative expenses of $187,094.36 and unsecured debt of $518,595.85.

WI188:000WI:515594:1:LOUISVILLE

6. The foregoing constitutes the statement of Stites pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure. If Stites becomes aware of any material changes in the facts contained herein, Stites will file a supplemental statement with the Court.

Further the affiant sayeth naught.

_____
W. Robinson Beard

COMMONWEALTH OF KENTUCKY    )
                            )
COUNTY OF JEFFERSON         )

The foregoing instrument was subscribed, sworn to and acknowledged before me this 4th day of April, 2006, by W. Robinson Beard.

My commission expires:    January 22, 2010

_____
NOTARY PUBLIC

/s/ W. Robinson Beard
W. Robinson Beard
Erika R. Barnes
STITES & HARBISON PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202
502-587-3400
E-mail: wbeard@stites.com

## CERTIFICATE OF SERVICE

The undersigned attorney states that on April 5, 2006, he caused a copy of the attached Verified Statement to be served by first class mail, postage pre-paid to the parties listed below, and the Verified Statement was served electronically via the Court's CM/ECF system.

> Robert W. Keats, Trustee
> 150 South Third St
> Louisville, KY 40202
>
> Dean A. Langdon
> Wise DelCotto PLLC
> 219 N. Upper Street
> Lexington, KY 40507
>
> Joseph J. Golden
> Office of the U.S. Trustee
> 601 W. Broadway #512
> Louisville, Ky 40202

/s/ W. Robinson Beard

WI188:000WI:515594:1:LOUISVILLE