UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 05-61805(2) |
| DECKER COLLEGE, INC. | ) Chapter 7 |
|     Debtor | ) |
| _____ | ) |

### NOTICE AND MOTION OF TRUSTEE TO SELL PROPERTY LOCATED IN BOWLING GREEN, KENTUCKY, BY AUCTION

Comes now ROBERT W. KEATS, having been appointed Trustee of the Estate of the above-named Debtor(s), and pursuant to 11 U.S.C. § 363(b)(1) makes this motion to offer for sale the property of the above estate by public auction free and clear of any interest pursuant to 11 U.S.C. § 363(f). Further, the Trustee states as follows:

1. The Debtor's Chapter 7 bankruptcy petition was filed on October 24, 2005 and the Trustee was appointed on November 4, 2005.

2. The sites at which the Debtor conducted its business at 940 Bryant Way, Bowling Green, Kentucky contains the personal property of the Debtor and consists of used office furniture, copiers, folding tables and miscellaneous items.

3. By separate motion the trustee made application to the Court to permit the Trustee to employ TOP DOLLAR AUCTIONS, P.O. Box 70153, Bowling Green, KY 42102-7153 (hereinafter referred to as the "Auctioneer"), as the auctioneer for the sale of the above referenced property.

4. The Trustee proposes to sell property of the Estate consisting of used office furniture, copiers, folding tables and miscellaneous items in accordance with the terms described in the Trustee's Motion to Employ Auctioneer.

5. Objections and requests for a hearing before the Bankruptcy Court as to the above shall be in writing and filed with the Clerk of the Bankruptcy Court and served upon the Trustee at the address listed below, within the time prescribed by the Court. Any objections not timely filed and served may be deemed waived.

6.    The Trustee believes that the entry of the following Order is in the best interest of the Estate and accordingly requests the Court to approve such Order.

WHEREFORE, the Trustee hereby moves the Court to enter an Order permitting the sale of the inventory and property listed in the Debtor's Schedules by public auction.

_____/s/_____
Robert W. Keats, Trustee
150 South Third Street
Louisville, Kentucky 40202
(502) 587-8787        BK-2-.DECKER- Bowling Grn

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing motion was e-mailed to the service list; to Joseph J. Golden, Assistant U.S. Trustee, and to Joe B. Houchens, Top Dollar Auctions, on this May 3, 2006.

_____/s/_____
Robert W. Keats