UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 05-61805(2) |
| DECKER COLLEGE, INC. | ) | Chapter 7 |
| | ) | |
| Debtor | ) | |
| | ) | |

## REPORT OF SALE

In accordance with the Order Authorizing Sale of Property entered March 27, 2006 (Docket # 276), Collins Auction Company conducted the sale of file cabinets returned to Decker College by the F.B.I. The sale was advertised and hand bills were produced advertising the liquidation sale and auction. The liquidation sale was conducted on April 23, 2006. A copy of the auction summary is available for inspection at the office of Robert W. Keats, Trustee.

### SALES AND COSTS SUMMARY

**Sale Proceeds**
    Gross Sales      $ 2,397.50
    **Total Sale Proceeds Received**      **$ 2,397.50**

**Disbursement of Sale Proceeds**
    Sales Commission to Auctioneer      $ 599.37
    Advertising Costs (including hand bills)      $ 250.00
    Net Proceeds Due Seller      $ 1,548.13
    **Total Proceeds Disbursed**      **$ 2,397.50**

Respectfully submitted,
_____/s/_____
Robert W. Keats, Trustee
150 South Third Street
Louisville, Kentucky 40202
(502) 587-8787

### CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was e-mailed to the service list and to Joseph Golden, Assistant US Trustee on May 8, 2006.

_____/s/_____
Robert W. Keats