UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 05-61805(2) |
| DECKER COLLEGE, INC. ) | Chapter 7 |
| ) | |
| Debtor ) | |
| ) | |

**REPORT OF SALE**

In accordance with the Order Authorizing Sale of Property entered May 25, 2006 (Docket # 319), Top Dollar Auctions conducted the sale of the remaining property belonging to the Debtor located in at 940 Bryant Way in Bowling Green, Kentucky. The sale was advertised and hand bills were produced advertising the liquidation sale and auction. The liquidation sale was conducted on June 26, 2006. A copy of the auction summary is available for inspection at the office of Robert W. Keats, Trustee.

**SALES AND COSTS SUMMARY**

**Sale Proceeds**
| | | |
|---|---|---|
| Gross Sales | $ 14,076.00 | |
| **Total Sale Proceeds Received** | **$ 14,076.00** | |

**Disbursement of Sale Proceeds**
| | | |
|---|---|---|
| Sales Commission to Auctioneer | $  1,800.00 | $1,800.00 |
| Advertising Costs (including hand bills) | $     535.00 | |
| Auction Services.Com costs | $     150.00 | |
| Dumpster rental expense and cleanup costs | $     125.00 | $   810.00 |
| Net Proceeds Due Seller | $ 11,466.00 | |
| **Total Proceeds Disbursed** | **$ 14,076.00** | |

Respectfully submitted,

_____/s/_____
Robert W. Keats, Trustee
150 South Third Street
Louisville, Kentucky 40202
(502) 587-8787

**CERTIFICATE OF SERVICE**

    I certify the foregoing and proposed order was served in conformity with CM/ECF Rule 6.9, or, by delivering a true copy via first class mail to the service list on <u>July 15, 2006:</u>

                                           <u>/s/ Robert W. Keats</u>
                                           Robert W. Keats