UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 05-61805(2) |
| DECKER COLLEGE, INC. | ) Chapter 7 |
|     Debtor | ) |
| | ) |

**NOTICE AND MOTION OF TRUSTEE TO CONFIRM SALE OF CESSNA AIRCRAFT TO AIR TOLIN, INC. FREE AND CLEAR OF ANY INTEREST OR CLAIM OF ANY PARTY HAVING AN INTEREST ALL PURSUANT TO 11 U.S.C. § 363(f)**

Comes now ROBERT W. KEATS, having been appointed Trustee of the Estate of the above-named Debtor(s), and pursuant to 11 U.S.C. § 363(f) makes this motion to confirm the sale of a **Cessna Model 172R, a fixed wing single engine aircraft, serial number 17280905 with tail number N2125M**, said aircraft being presently located at Lunken Airport in Cincinnati, Ohio (the "Aircraft").

1. According to the Report of Title Search conducted by AIC Title Services, LLC, (AOPA provider) the Debtor, Decker College, Inc. (described as Decker Inc. in the FAA records) ("**Decker**"), is the registered owner of the Aircraft. The Report of Title Search indicates Decker previously filed a Federal Aviation Administration ("**FAA**") AC Form 8050-2 Aircraft Bill of Sale, dated March 1, 2005 (the "**Signet Bill of Sale**"), conveying title of the Aircraft to The Signet Group, Inc. ("**Signet**"). The FAA never recorded the Signet Bill of Sale because Signet did not file an AC Form 8050-1 Aircraft Registration Application in acceptable form to the FAA. The sale to Signet was not consummated, and the Signet Bill of Sale was filed with the FAA in error. The Signet Bill of Sale creates a "cloud" on the title of the Aircraft that necessitates the Trustee to file further motions with the Bankruptcy Court to obtain an order from the court in a form recordable with the FAA that will clear the title to the Aircraft..

2. The Court has previously confirmed the sale of the Aircraft to Air Tolin Inc. by Order dated November 17, 2006, however, because of the cloud on the title created by the Signet

Bill of Sale, the Trustee by this motion provides special notice to Signet, or other possible claimants to the Aircraft that this Aircraft is conveyed to Air Tolin Inc. free and clear of any interest of any creditor or claimant in such property including but not limited to any interest of Signet.

3. Any objections and requests by Signet or any other person claiming an interest in the Aircraft for a hearing before the Bankruptcy Court as to the above shall be in writing and filed with the Clerk of the Bankruptcy Court and served upon the Trustee at the address listed below, all within the time prescribed by the Court. Any objections not timely filed and served may be deemed waived.

4. The Trustee believes that the entry of the following Order is in the best interest of the Estate and accordingly requests the Court to approve such Order.

WHEREFORE, the Trustee hereby moves the Court to enter an Order confirming (i) the sale of Aircraft free and clear of the interests or claims of any person (including but not limited to Signet), (ii) rescinding and terminating the Signet Bill of Sale and (iii) confirmation any and all right, title and interest in the Aircraft in favor of Signet as reflected by the Signet Bill of Sale is conveyed to and vested in Decker.

                                                           /s/
                                       Robert W. Keats, Trustee
                                       150 South Third Street
                                       Louisville, Kentucky 40202
                                       (502) 587-8787  rk-1 Decker-Confirm Sale-Aircraft to Air Tolin-5-21-07

**CERTIFICATE OF SERVICE**

I certify the foregoing and proposed order was served in conformity with CM/ECF Rule 6.9, or, by delivering a true copy via first class mail to the service list on <u>May 21, 2007:</u> and to The Signet Group, Inc., Attn: Charles E. Scharff, 12700 Lake Ave., #1710, Lakewood, Ohio 44107, and to Franklin Aviation Academy, LLC, attn: Gerald Woodcox, 220 West Main Street, Suite 2200, Louisville, KY 40202.

                                                <u>/s/ Robert W. Keats</u>
                                                Robert W. Keats