UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

In re: Decker College, Inc.

    Debtor                                              CASE NO. 05-61805
                                                                CHAPTER 7
                                                         Honorable Thomas H. Fulton

_____

**<u>DEBTOR'S MOTION TO CONVERT TO CHAPTER 11</u>**

NOW COMES the Debtor, Decker College, Inc., a Kentucky corporation (the "Debtor"), by and through its counsel, Smith & O'Toole, PLLC, and hereby moves to convert this case to a case under Chapter 11 pursuant to 11 U.S.C. 706(a) and in support of this Motion states as follows:

1. An involuntary petition for bankruptcy under Chapter 7 was filed against the Debtor on October 24, 2005.

2. On the same date, a Motion was filed for appointment of a Trustee by the petitioning creditors.

3. An order for relief under Chapter 7 of Title 11 and appointing Robert W. Keats as Trustee under 11 U.S.C. §701 a was entered on November 4, 2005.

4. On November 11, 2005, the Debtor passed a resolution and filed it with this Court exercising its rights as a distinct entity.

5. On March 15, 2016, Administrative Law Judge Robert G. Layton issued a decision in administrative law docket no. 06-22-SP essentially dismissing the claims of the Department of Education in this Bankruptcy (the "Decision").

6. The Chapter 7 Bankruptcy Estate of the Debtor contains many different assets, specifically including at least a claim for an account receivable against the Department

of Education for approximately $32,000,000 plus interest since approximately October of 2005 and a claim against the Council on Occupational Education, Inc. ("COE").

7. The Debtor believes that it is in the best interest of all parties if the bankruptcy is converted to Chapter 11 under Title 11 so that the Debtor may reorganize successfully, pay its creditors, pursue its own claims and potentially restart its education business.

8. Pursuant to 11 U.S.C. §706(a) the debtor has a one-time right to convert, "a debtor may convert a case under Chapter 7 to a case under Chapter 11 at any time if the case has not been previously converted under sections 1112, 1208 or 1397."

9. This case has never been converted from another Chapter under any section and more specifically has never been converted under sections 1112, 1208 or 1397 of the Bankruptcy Code.

10. Section 706(d) provides that "a case may not be converted to a case under another chapter of this title unless the debtor may be a debtor under such chapter."

11. Section 101(41) provides that a "person includes . . . [a] corporation," and §109 of the Bankruptcy Code provides that "a person that has a principal place of business in the United States . . . may be a debtor under this title."

12. Debtor, Decker, Inc. is a Kentucky Corporation and has a principal place of business in the Commonwealth of Kentucky and is, therefore, a person who may be a debtor under the Bankruptcy Code.

13. Debtor has acted in good faith throughout these proceedings by providing assistance to the Trustee whenever and however requested.

14. Debtor has steadfastly maintained the position that the only reason Debtor is in bankruptcy is the COE's factually incorrect statements to the Department of Education regarding Debtor's certification for distance learning – not any wrongdoing by Debtor.

15. In this case the Debtor is only here as a result of the factually incorrect statements of the COE and the failure of the DOE to look into the inaccurate statements of the COE that Debtor was forced into bankruptcy by its creditors.

16. Debtor is trying to do what is best for all parties. The Debtor has a right to conversion under §706(a) and this Honorable Court should grant Debtor's motion.

WHEREFORE, for the reasons stated above, the Debtor, Decker, Inc., respectfully requests that this Honorable Court convert this case to a proceeding under 11 U.S.C. §1101 *et seq*.

Respectfully Submitted,

_____/s/_____
Daniel V. Smith (96049)
Smith & O'Toole, PLLC
200 East Main St., Ste. 209
Richmond, KY 40475
(859) 353-0822
dsmith@smithotoole.com

Dated: August 2, 2016