

ATTORNEYS AT LAW

101 California
5th floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
San Diego, CA
Los Angeles, CA
Broomfield, CO
Seattle, WA
New York, NY
Reston, VA
Washington, DC
Boston, MA
Shanghai, P. R. China
London, United Kingdom

February 16, 2016

Robert W. Keats
Decker College, Inc., Debtor
Keats & Schwietz, PLLC
P.O. Box 221377
Louisville, KY 40252

**Invoice Number: 1598767**
CL 01 17604

**519664-101**
**General**
**DL19664.0001**

*For services rendered through January 31, 2016*

| | | |
|---|---|---|
| Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | | 2,630.00 |
| Chargeable costs and disbursements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | | 6.80 |
| **Total Due on Current Invoice** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | | **2,636.80** |



**519664-101**
**General**
**DL19664.0001**

**Invoice Number: 1598767**
CL 01 17604

**For services rendered through January 31, 2016 :**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/07/16 | David E. Mills | Review information re status of administrative hearing and possible outside contacts; provide information re same | 0.80 | 712.00 |
| 01/07/16 | Jay Vaughan | Work on litigation update inquiry | 0.70 | 556.50 |
| 01/08/16 | Naomi Harralson May | Correspondence re ED OHA staff attorney | 0.10 | 50.50 |
| 01/08/16 | David E. Mills | Contact S. Finley re communication with administrative law judge clerk; telephone conference with S. Finley and court clerk re status of case; report on same | 0.80 | 712.00 |
| 01/08/16 | Jay Vaughan | Work on proceedings update and teleconference re same | 0.20 | 159.00 |
| 01/09/16 | Michael B. Goldstein | Email exchange re status of case | 0.40 | 440.00 |

**Total Fees**                                                                          **$2,630.00**

**Fee Summary:**

| Timekeeper | Type | Rate | Hours | Total |
|------------|------|------|-------|-------|
| David E. Mills | Partner | 890 | 1.60 | 1,424.00 |
| Jay Vaughan | Partner | 795 | .90 | 715.50 |
| Michael B. Goldstein | Senior Counsel | 1100 | .40 | 440.00 |
| Naomi Harralson May | Associate | 505 | .10 | 50.50 |

**For costs and disbursements recorded through January 31, 2016 :**

Research Database / Document Retrieval                                                      6.80

**Total Costs**                                                                              **$6.80**

**Total:**                                                                              **$2,636.80**



ATTORNEYS AT LAW

101 California
5th floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX   415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
San Diego, CA
Los Angeles, CA
Broomfield, CO
Seattle, WA
New York, NY
Reston, VA
Washington, DC
Boston, MA
Shanghai, P. R. China
London, United Kingdom

April 22, 2016

Robert W. Keats
Decker College, Inc., Debtor
Keats & Schwietz, PLLC
P.O. Box 221377
Louisville, KY 40252

**Invoice Number:  1621665**
CL 01 17604

0519664-MAIN

*For services rendered through March 31, 2016*

| | | |
|---|---|---:|
| Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | | 104,963.50 |
| Chargeable costs and disbursements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | | 95.80 |
| **Total Due on Current Invoice** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | | **105,059.30** |

# Cooley

**519664-101**
**General**
  **DL19664.0001**

**For services rendered through March 31, 2016 :**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|------:|-------:|
| 03/09/16 | Michael B. Goldstein | Conference re status of administrative tribunal | .50 | 550.00 |
| 03/11/16 | Michael B. Goldstein | Emails, conferences re publicity re the case | 1.10 | 1,210.00 |
| 03/12/16 | David E. Mills | Review email exchange and status of ALJ proceeding and work on strategy on whether to make inquiry with court; review possible media issues | .80 | 712.00 |
| 03/15/16 | Marjorie Arrington | Review administrative law judge decision and original final program review determination letter | 2.50 | 1,250.00 |
| 03/15/16 | Blain B. Butner | Review ED administrative judge decision and conference re potential liability and case resolution | .50 | 440.00 |
| 03/15/16 | Naomi Harralson May | Review decision by administrative judge; telephone conversation re next steps | .80 | 404.00 |
| 03/15/16 | David E. Mills | Review decision issued by ALJ Layton in favor of Decker and against FSA; analyze same; email to client; work on strategy re same | 2.50 | 2,225.00 |
| 03/15/16 | Jay Vaughan | Review ALJ decision and implications re same | 1.00 | 795.00 |
| 03/15/16 | Nicole B. Carroll | Review decision; correspondence re same | .30 | 67.50 |
| 03/16/16 | Marjorie Arrington | Review file data received from ED re brief submission; conference re same | 4.50 | 2,250.00 |
| 03/16/16 | Michael B. Goldstein | Review materials; conference re strategy | 1.10 | 1,210.00 |
| 03/16/16 | Naomi Harralson May | Review and discuss student worksheets and spreadsheets to identify potential liability in accordance with instructions from administrative judge | 1.40 | 707.00 |
| 03/16/16 | David E. Mills | Review ALJ decision; work on strategy for bankruptcy proceeding | .60 | 534.00 |

# Cooley

**Invoice Number: 1621665**
CL 01 17604

519664-101
**General**
**DL19664.0001**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/16/16 | Jay Vaughan | Work on strategy for next steps of OHA decision | 1.50 | 1,192.50 |
| 03/17/16 | Marjorie Arrington | Review excel spreadsheets by program of study and worksheets identified in the final determination letter | 4.00 | 2,000.00 |
| 03/17/16 | Michael B. Goldstein | Review decision and discussion re strategy; conferences and emails re same | 1.30 | 1,430.00 |
| 03/17/16 | David E. Mills | Work on strategy for call to S. Finley and calculation of outstanding issues; work on issues re lifting stay; review possible additional claims | 2.90 | 2,581.00 |
| 03/17/16 | Jay Vaughan | Work on post-ruling strategy | .70 | 556.50 |
| 03/18/16 | Marjorie Arrington | Review file data re liabilities and funds due to client | 6.00 | 3,000.00 |
| 03/18/16 | Michael B. Goldstein | Review decision; conferences and emails re same | 1.70 | 1,870.00 |
| 03/18/16 | David E. Mills | Work on strategy for possible settlement of all outstanding issues | .90 | 801.00 |
| 03/19/16 | Michael B. Goldstein | Email exchange re Decker strategy issues; work on same | .70 | 770.00 |
| 03/21/16 | Marjorie Arrington | Review file data for liabilities and funds due to client | 6.00 | 3,000.00 |
| 03/21/16 | Michael B. Goldstein | Telephone conference re strategy respecting ALJ decision; conference re same | 2.10 | 2,310.00 |
| 03/21/16 | Alyssa T Saunders | Research deposition transcripts and exhibits | .30 | 216.00 |
| 03/21/16 | Jay Vaughan | Work on request for documents and review materials re same | 4.30 | 3,418.50 |
| 03/22/16 | Marjorie Arrington | Meeting re files; work on data processing files received from ED re 2005 program review | 4.20 | 2,100.00 |
| 03/22/16 | Naomi Harralson May | Review prior administrative filings and advise re calculation of estimated liabilities in accordance with administrative judge's guidance | .50 | 252.50 |
| 03/22/16 | Jay Vaughan | Work on history of prior OHA decisions | .20 | 159.00 |



**519664-101**
**General**
**DL19664.0001**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/23/16 | Marjorie Arrington | Work on file data and data processing re combing files and sorting of unduplicated data | 6.00 | 3,000.00 |
| 03/23/16 | Jay Vaughan | Work on administrative hearing update | .30 | 238.50 |
| 03/25/16 | Naomi Harralson May | Review correspondence and search for complaint filed with ED Office of Inspector General re LeBosco | .20 | 101.00 |
| 03/25/16 | Jay Vaughan | Work on response to ruling and media impact re same | .40 | 318.00 |
| 03/26/16 | Alyssa T Saunders | Review letter to OIG; review trial exhibits and deposition exhibits for same; communications re publicity of letter | .60 | 432.00 |
| 03/27/16 | Alyssa T Saunders | Research re expectation of confidentiality for complaint submitted to Inspector General; analyze trial transcripts for reference to R. LoBosco's conflict of interest | 3.30 | 2,376.00 |
| 03/29/16 | Marjorie Arrington | Work on data processing in defining duplicate data; review combined data spreadsheet sample | 3.00 | 1,500.00 |
| 03/29/16 | Michael B. Goldstein | Review materials re strategy for negotiations with ED; conference and emails re same | 1.50 | 1,650.00 |
| 03/29/16 | Alyssa T Saunders | Research re statute of limitations and viability of claim under Federal Tort Claims Act | 2.30 | 1,656.00 |
| 03/30/16 | Marjorie Arrington | Review revised spreadsheet sample for data processing | 2.00 | 1,000.00 |
| 03/30/16 | Michael B. Goldstein | Conference, emails, re strategy, ED issue re set off against closed school discharges | 1.60 | 1,760.00 |
| 03/30/16 | Alyssa T Saunders | Research re Federal Tort Claims Act and limitations on bringing claim against ED; analyze research memos and dockets re counterclaim against ED | 4.40 | 3,168.00 |
| 03/31/16 | Margaret Baer | Review Bloomberg Law, Courthouse News, PACER, and Lexis Advance re possible lawsuit against ED and related entities | .60 | 144.00 |
| 03/31/16 | Marjorie Arrington | Review unduplicated student data and analysis of new refund data | 2.50 | 1,250.00 |



**Invoice Number: 1621665**
CL 01 17604

**519664-101**
**General**
**DL19664.0001**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/31/16 | Michael B. Goldstein | Work on strategy; emails re potential offset issue arising from closed school discharges | 1.10 | 1,210.00 |
| 03/31/16 | Alyssa T Saunders | Research re possible claims against R. LoBosco and ED under Tucker Act, Bivens, and other federal laws | 4.40 | 3,168.00 |

**Total Fees**                                                              **$60,983.00**

**Fee Summary:**

| Timekeeper | Type | Rate | Hours | Total |
|-----------|------|------|-------|-------|
| Marjorie Arrington | Practice Group Professional | 500 | 40.70 | 20,350.00 |
| Blain B. Butner | Partner | 880 | .50 | 440.00 |
| David E. Mills | Partner | 890 | 7.70 | 6,853.00 |
| Jay Vaughan | Partner | 795 | 8.40 | 6,678.00 |
| Michael B. Goldstein | Senior Counsel | 1100 | 12.70 | 13,970.00 |
| Naomi Harralson May | Associate | 505 | 2.90 | 1,464.50 |
| Alyssa T Saunders | Associate | 720 | 15.30 | 11,016.00 |
| Nicole B. Carroll | Paralegal | 225 | .30 | 67.50 |
| Margaret Baer | Other Timekeepers | 240 | .60 | 144.00 |

**For costs and disbursements recorded through March 31, 2016 :**

| | |
|---|---|
| Document Preparation | 88.00 |
| Reproduction of Documents | 0.20 |
| **Total Costs** | **$88.20** |
| **Matter Total** | **$61,071.20** |

# Cooley

**Invoice Number: 1621665**
CL 01 17604

519664-201
**COE Litigation**
DL19664.0002

**For services rendered through March 31, 2016 :**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/21/16 | David E. Mills | Analysis of outstanding issues; review LoBosco transcript and locate key documents; work on bankruptcy court plan; research possible claims | 3.30 | 2,937.00 |
| 03/21/16 | Nicole B. Carroll | Review OHA decisions of the Secretary for remanded cases | 1.20 | 270.00 |
| 03/22/16 | Michael B. Goldstein | Work on decision issues; conferences and emails re same | 2.20 | 2,420.00 |
| 03/22/16 | David E. Mills | Review research re OHA decisions in similar cases and work on strategy | 1.60 | 1,424.00 |
| 03/22/16 | Nicole B. Carroll | Research remanded and repealed OHA decisions of the Secretary; prepare chart re same | 4.50 | 1,012.50 |
| 03/23/16 | Michael B. Goldstein | Conferences in preparation for and telephone conference with ED counsel re decision and steps going forward; conferences re same | 2.70 | 2,970.00 |
| 03/23/16 | David E. Mills | Telephone conference with S. Finley; report same to client; work on strategy | 2.00 | 1,780.00 |
| 03/24/16 | Michael B. Goldstein | Work on recovery issues; emails and telephone conference re same | 1.10 | 1,210.00 |
| 03/24/16 | David E. Mills | Work on strategy for possible settlement; review bankruptcy claims and counterclaims | 1.20 | 1,068.00 |
| 03/24/16 | Nicole B. Carroll | Review Inside Higher Ed article and comments | .20 | 45.00 |
| 03/25/16 | Robert B. Winning | Meeting with J. Indyke and call with M. Boyd re setoff issues and follow-up research | .90 | 693.00 |
| 03/25/16 | Michael B. Goldstein | Meeting re ED potential offset issues; conference and emails re information on proceedings | 2.60 | 2,860.00 |

# Cooley

**Invoice Number: 1621665**
CL 01 17604

519664-201
**COE Litigation**
DL19664.0002

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/25/16 | David E. Mills | Email with J. Leeds and others re possible approaches going forward; review documents and filings; work on strategy | 2.70 | 2,403.00 |
| 03/25/16 | Jay R. Indyke | Conference re setoff rights asserted by ED on discharged loans | .30 | 334.50 |
| 03/25/16 | Melissa H. Boyd | Telephone call re setoff issue | .20 | 126.00 |
| 03/26/16 | Michael B. Goldstein | Work on issues re negotiations with ED | 1.20 | 1,320.00 |
| 03/26/16 | David E. Mills | Research possible claims and waiver of sovereign immunity; exchange email re same | 2.60 | 2,314.00 |
| 03/27/16 | David E. Mills | Review research re possible claims; review transcript excerpts from LoBosco testimony | 2.10 | 1,869.00 |
| 03/28/16 | David E. Mills | Work on possible additional claims and strategy; review bankruptcy issues | 2.30 | 2,047.00 |
| 03/28/16 | Melissa H. Boyd | Research re setoff and email re same | .30 | 189.00 |
| 03/29/16 | David E. Mills | Research re possible claims and defenses; review preliminary results of research and discuss; review bankruptcy issues; review closed school discharge issues re same | 2.90 | 2,581.00 |
| 03/29/16 | Nicole B. Carroll | Research closed school discharge rules | .30 | 67.50 |
| 03/29/16 | Melissa H. Boyd | Emails and telephone calls re closed school discharge provision; review same | .50 | 315.00 |
| 03/30/16 | David E. Mills | Review results of research and follow-up questions; review memo re same; review bankruptcy issues | 1.90 | 1,691.00 |
| 03/30/16 | Jay R. Indyke | Discussion re set-off research on student discharges | .20 | 223.00 |
| 03/30/16 | Melissa H. Boyd | Research setoff (mutuality with claim assignments, when claims arise postpetition); telephone call with and emails re research; review case filings/orders for background re claims to be setoff | 4.60 | 2,898.00 |
| 03/31/16 | David E. Mills | Review bankruptcy analysis by NTY counsel; review documents re same | 1.50 | 1,335.00 |

# Cooley

**Invoice Number: 1621665**
CL 01 17604

**519664-201**
**COE Litigation**
**DL19664.0002**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/31/16 | Jay R. Indyke | Email re set-off rights under the bankruptcy code | .20 | 223.00 |
| 03/31/16 | Melissa H. Boyd | Emails re setoff details (including when and how DOE/Decker claims arose); research re mutuality of claims and when claim is incurred and section 553(a)(2) limitation on assigning/transferring claims during the preference period or postpetition | 8.50 | 5,355.00 |

**Total Fees** **$43,980.50**

**Fee Summary:**

| Timekeeper | Type | Rate | Hours | Total |
|------------|------|------|-------|-------|
| David E. Mills | Partner | 890 | 24.10 | 21,449.00 |
| Jay R. Indyke | Partner | 1115 | .70 | 780.50 |
| Michael B. Goldstein | Senior Counsel | 1100 | 9.80 | 10,780.00 |
| Robert B. Winning | Associate | 770 | .90 | 693.00 |
| Melissa H. Boyd | Associate | 630 | 14.10 | 8,883.00 |
| Nicole B. Carroll | Paralegal | 225 | 6.20 | 1,395.00 |

**For costs and disbursements recorded through March 31, 2016 :**

| | |
|---|---|
| Reproduction of Documents | 7.60 |
| **Total Costs** | **$7.60** |
| **Matter Total** | **$43,988.10** |
| **Total Due on All Matters** | **$105,059.30** |



ATTORNEYS AT LAW

101 California
5th floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

Palo Alto, CA

San Diego, CA

Los Angeles, CA

Broomfield, CO

Seattle, WA

New York, NY

Reston, VA

Washington, DC

www.cooley.com

Boston, MA

Taxpayer ID Number
94-1140085

Shanghai, P. R. China

London, United Kingdom

April 22, 2016

Robert W. Keats
Decker College, Inc., Debtor
Keats & Schwietz, PLLC
P.O. Box 221377
Louisville, KY 40252

**Invoice Number: 1621665**
CL 01 17604

# R E M I T T A N C E   A D V I C E

## Please include this Remittance Advice with your payment

**For current services rendered through 3/31/2016-Invoice No. 1621665:**

| Client-Matter | | Fees | Costs | Total |
|---|---|---|---|---|
| 519664-101 | General | 60,983.00 | 88.20 | 61,071.20 |
| 519664-201 | COE Litigation | 43,980.50 | 7.60 | 43,988.10 |

**Total Due on Current Invoice** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$**    **105,059.30**

**Cooley LLP**
101 California Street, 5th floor
San Francisco, CA 94111-5800

Tax ID# 94-1140085

**Payment may be made by wire transfer or ACH:**
Wells Fargo Bank - San Francisco, CA 94104
Account # 4129155206  ABA Routing # 121000248  Swift # WFBIUS6S
**When making electronic payments please provide invoice number(s)
and send remittance advice to AR@cooley.com**

Invoices are due and payable upon receipt. Any unpaid balance after 30 days may
accrue late charges.

# Cooley

ATTORNEYS AT LAW

101 California
5th floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
San Diego, CA
Los Angeles, CA
Broomfield, CO
Seattle, WA
New York, NY
Reston, VA
Washington, DC
Boston, MA
Shanghai, P. R. China
London, United Kingdom

May 18, 2016

Robert W. Keats
Decker College, Inc., Debtor
Keats & Schwietz, PLLC
P.O. Box 221377
Louisville, KY 40252

**Invoice Number: 1630259**
CL 01 17604

0519664-MAIN

*For services rendered through April 30, 2016*

| | | |
|---|---|---|
| Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 128,061.00 |
| Chargeable costs and disbursements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 3,397.80 |
| **Total Due on Current Invoice** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | **131,458.80** |

# Cooley

**Invoice Number: 1630259**
CL 01 17604

**519664-101**
**General**
**DL19664.0001**

**For services rendered through April 30, 2016 :**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/05/16 | Jay Vaughan | Work on appeal strategy and participate in conference call re same | 1.20 | 954.00 |
| 04/06/16 | Marjorie Arrington | Research backup data re Decker decision | 6.00 | 3,000.00 |
| 04/06/16 | Jay Vaughan | Work on estate strategic issues | .40 | 318.00 |
| 04/07/16 | Marjorie Arrington | Research backup data re Decker decision | 6.00 | 3,000.00 |
| 04/07/16 | Jay Vaughan | Review program eligibility inquiry | .80 | 636.00 |
| 04/08/16 | Marjorie Arrington | Research backup data re Decker decision | 6.00 | 3,000.00 |
| 04/08/16 | Naomi Harralson May | Review correspondence, filings, and other documents re liability implications of non-standard terms and non-term; telephone conferences re the same | 3.30 | 1,666.50 |
| 04/11/16 | Naomi Harralson May | Research filing status of motion to add third party defendant in Kentucky court re public record discussion of LoBosco | .80 | 404.00 |
| 04/11/16 | Elinor F. Russell | Research whether J. Woodcox has filed a suit against a) R. LoBosco or b) ED or c) U.S. ED or d) any of the recent education secretaries | .50 | 120.00 |
| 04/12/16 | Lisa D. Macdonald | Research and obtain docket re nelson County | .30 | 72.00 |
| 04/13/16 | Naomi Harralson May | Research and correspondence re filing status of motion to add third party defendant in Kentucky court re public record discussion of LoBosco | .30 | 151.50 |
| 04/15/16 | Naomi Harralson May | Research and correspondence re ED OHA deadlines pursuant to regulation and instructions from administrative judge | 1.60 | 808.00 |
| 04/18/16 | Marjorie Arrington | Discuss file data received from ED re brief submission; review same | 4.50 | 2,250.00 |
| 04/20/16 | Marjorie Arrington | Review file data for liabilities and funds due to institution | 6.00 | 3,000.00 |

# Cooley

**Invoice Number: 1630259**
CL 01 17604

**519664-101**
**General**
**DL19664.0001**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/20/16 | Jay Vaughan | Work on Decker appeal strategy | .30 | 238.50 |
| 04/21/16 | Jay Vaughan | Review program review appeal and discuss options re same | .70 | 556.50 |
| 04/22/16 | Marjorie Arrington | Review FSA appeal to decision; discussion re same | 3.60 | 1,800.00 |
| 04/22/16 | Naomi Harralson May | Analyze FSA appeal brief in administrative action; research last date of attendance for non-attendance taking institutions; telephone conferences re the same | 2.20 | 1,111.00 |
| 04/25/16 | Marjorie Arrington | Discuss procedural requirements re proper accreditation for COE approved distance education programs and Finding 2 of program review report | .30 | 150.00 |
| 04/25/16 | Naomi Harralson May | Attend conference call and telephone meeting re strategy for brief to Secretary; research prior filings re Finding 2; compile documents in OHA record; research regulations and Secretary's decisions re rules and procedures for appeals | 4.90 | 2,474.50 |
| 04/25/16 | Jay Vaughan | Work on FSA appeal | 1.30 | 1,033.50 |
| 04/26/16 | Marjorie Arrington | Review Decker OHA record | .30 | 150.00 |
| 04/26/16 | Naomi Harralson May | Compile and review Decker OHA record and draft outline for brief to the Secretary and develop arguments re same | 1.90 | 959.50 |
| 04/27/16 | Marjorie Arrington | Review draft response to FSA appeal re Finding 2 | 1.90 | 950.00 |
| 04/27/16 | Naomi Harralson May | Review and analyze OHA record re Finding 2; research return to Title IV regulations and sub-regulatory guidance in effect at time of program review; draft sections of outline for brief to the Secretary; research most recent COE review by ED analyst and NACIQI for potential arguments in response to FSA brief | 6.20 | 3,131.00 |
| 04/28/16 | Naomi Harralson May | Analyze additional sections of NACIQI record; discuss, review, and correspondence re draft outline of brief to the Secretary | 1.40 | 707.00 |

# Cooley

519664-101
General
DL19664.0001

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/28/16 | Nicole B. Carroll | Review docket issues; review NACIQI documents | .90 | 202.50 |
| 04/29/16 | Naomi Harralson May | Research regulations for FOIA request and advise re preparation of the same; research and review ED staff reports of COE and transcripts of NACIQI meetings since 2005; review proposed edits to brief outline; research and correspondence re regulatory citations in FSA counsel's brief | 3.30 | 1,666.50 |
| 04/29/16 | Jay Vaughan | Work on response to ED brief | 1.70 | 1,351.50 |
| 04/29/16 | Nicole B. Carroll | Work on FOIA issues | 1.70 | 382.50 |

**Total Fees** **$36,244.50**

**Fee Summary:**

| Timekeeper | Type | Rate | Hours | Total |
|-----------|------|------|-------|-------|
| Marjorie Arrington | Practice Group Professional | 500 | 34.60 | 17,300.00 |
| Jay Vaughan | Partner | 795 | 6.40 | 5,088.00 |
| Naomi Harralson May | Associate | 505 | 25.90 | 13,079.50 |
| Nicole B. Carroll | Paralegal | 225 | 2.60 | 585.00 |
| Lisa D. Macdonald | Other Timekeepers | 240 | .30 | 72.00 |
| Elinor F. Russell | Other Timekeepers | 240 | .50 | 120.00 |

**For costs and disbursements recorded through April 30, 2016 :**

| | |
|---|---|
| Additional Services | 25.08 |
| Reproduction of Documents | 16.00 |
| Research Database / Document Retrieval | 662.87 |
| **Total Costs** | **$703.95** |
| **Matter Total** | **$36,948.45** |

# Cooley

**Invoice Number: 1630259**
CL 01 17604

519664-201
**COE Litigation**
DL19664.0002

**For services rendered through April 30, 2016 :**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/01/16 | David E. Mills | Review email exchange and strategy; work on analysis of issues | 1.20 | 1,068.00 |
| 04/01/16 | Alyssa T Saunders | Communication re potential claims | .10 | 72.00 |
| 04/01/16 | Melissa H. Boyd | Research and draft memo re DOE/Secretary set-off against Decker | 3.20 | 2,016.00 |
| 04/04/16 | David E. Mills | Review documents and work on strategy | 1.10 | 979.00 |
| 04/04/16 | Jay R. Indyke | Review email re closed school discharge and input on set-off evaluation | .20 | 223.00 |
| 04/05/16 | Michael B. Goldstein | Preparation for and telephone conference re status of bankruptcy case and litigation | .80 | 880.00 |
| 04/05/16 | David E. Mills | Review research re potential claims; work on strategy; telephone conference with team re same | 1.50 | 1,335.00 |
| 04/05/16 | Alyssa T Saunders | Analyze strategy for pursuing relief against ED | 1.20 | 864.00 |
| 04/06/16 | Robert B. Winning | Research re conversion from chapter 7 to chapter 11 and related issues | 3.30 | 2,541.00 |
| 04/06/16 | Robert B. Winning | Telephone call with education attorneys re conversion of case to chapter 11 | .90 | 693.00 |
| 04/06/16 | David E. Mills | Review documents and dockets of cases; telephone conference with team re strategy; work on potential claims; review bankruptcy issues | 2.10 | 1,869.00 |
| 04/06/16 | Alyssa T Saunders | Strategize re advice to trustee re conversion of bankruptcy estate and outcome of administrative proceeding | 1.40 | 1,008.00 |
| 04/06/16 | Jay R. Indyke | Telephone call re case status and 706(a) issues | .90 | 1,003.50 |
| 04/06/16 | Jay R. Indyke | Email exchanges re 706(a) research and discussion with re same | .30 | 334.50 |

# Cooley

**Invoice Number: 1630259**
CL 01 17604

**519664-201**
**COE Litigation**
**DL19664.0002**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/06/16 | Jay R. Indyke | Review memo re additional set-off rights research from DOE and forward same | .30 | 334.50 |
| 04/06/16 | Jay R. Indyke | Email exchanges re 706(a) implications and need for background re case | .20 | 223.00 |
| 04/06/16 | Melissa H. Boyd | Emails re potential conversion to chapter 7 | .20 | 126.00 |
| 04/07/16 | David E. Mills | Review status of bankruptcy issues | .30 | 267.00 |
| 04/07/16 | Jay R. Indyke | Telephone call re question on obligations of Trustee to stakeholders | .20 | 223.00 |
| 04/08/16 | Michael B. Goldstein | Prepare for and participate in telephone conference with R. Keats re litigation | 1.20 | 1,320.00 |
| 04/08/16 | David E. Mills | Research and prepare update and strategy; telephone conference with R. Keats and others re update, strategy and related matters | 2.80 | 2,492.00 |
| 04/08/16 | Alyssa T Saunders | Communications re bad faith of R. LoBosco and possible claim | .20 | 144.00 |
| 04/08/16 | Jay R. Indyke | Telephone call with trustee and team re developments with board, DOE decision | .60 | 669.00 |
| 04/11/16 | Michael B. Goldstein | Discussions re 706(a) issue; review materials and conference re same | 1.30 | 1,430.00 |
| 04/11/16 | David E. Mills | Review email exchanges and work on strategy for proceedings | 1.80 | 1,602.00 |
| 04/11/16 | Alyssa T Saunders | Research re public complaints re R. LoBosco and ED | .30 | 216.00 |
| 04/11/16 | Jay R. Indyke | Telephone call re settlement | .60 | 669.00 |
| 04/12/16 | Michael B. Goldstein | Conference re 706(a) issue; prepare for same | .60 | 660.00 |
| 04/12/16 | David E. Mills | Review email and work on strategy | 1.40 | 1,246.00 |
| 04/13/16 | Michael B. Goldstein | Conference re preference issues | .60 | 660.00 |
| 04/13/16 | David E. Mills | Work on possible claims and strategy; review old transcript re same | 2.30 | 2,047.00 |
| 04/13/16 | David E. Mills | Work on potential claims and strategy; review old transcript re same | 2.30 | 2,047.00 |

# Cooley

**519664-201**
**COE Litigation**
  **DL19664.0002**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/13/16 | Alyssa T Saunders | Review video deposition designations for R. LoBosco; communications re possible claims | 1.30 | 936.00 |
| 04/13/16 | Jay R. Indyke | Review material re ALJ determinations and rulings on bad faith issue on settlement | 1.20 | 1,338.00 |
| 04/13/16 | Melissa H. Boyd | Emails re bad faith set-off research; research re denying set-off re bad faith or unlawful conduct | 1.10 | 693.00 |
| 04/14/16 | Melissa H. Boyd | Review court rulings, evidence, testimony re FSA demand and COE bad faith and emails re set-off defenses; research re denying set-off re bad faith or unlawful conduct and overall requirement for good faith or extent of court's discretion | 5.10 | 3,213.00 |
| 04/15/16 | Michael B. Goldstein | Conference re pending ED action | .40 | 440.00 |
| 04/15/16 | David E. Mills | Check on appeal deadline; provide update to client; work on possible arguments in bankruptcy court | 2.60 | 2,314.00 |
| 04/15/16 | Alyssa T Saunders | Analyze final date for appeal; analyze cover letter to ALJ decision | .70 | 504.00 |
| 04/15/16 | Melissa H. Boyd | Research re bad faith and bad acts as reasons for denying set-off and re equitable subordination of COE claim; review and analyze set-off cases re bad faith and equitable subordination | 3.80 | 2,394.00 |
| 04/18/16 | Melissa H. Boyd | Review bad faith effect on set-off and equitable subordination cases; research re denying set-off and court discretion re same | 2.10 | 1,323.00 |
| 04/19/16 | Michael B. Goldstein | Telephone conference with ED; emails re appeal | .50 | 550.00 |
| 04/19/16 | David E. Mills | Review information re FSA's intention to file appeal on all issues; work on strategy re same; update client re same | 2.10 | 1,869.00 |
| 04/19/16 | Melissa H. Boyd | Review case law re court discretion and impact of bad faith on granting set-off claims | 1.70 | 1,071.00 |
| 04/20/16 | Michael B. Goldstein | Review ED appeal; email exchanges re same | 2.00 | 2,200.00 |

# Cooley

Invoice Number: 1630259
CL 01 17604

519664-201
**COE Litigation**
DL19664.0002

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 04/20/16 | David E. Mills | Review information from R. Bernstein and others re possible basis for new claim against FSA/ED; analysis of same; assign research re possible claims; review appeal by FSA of ALJ's decision | 2.60 | 2,314.00 |
| 04/20/16 | Melissa H. Boyd | Research and draft analysis of case law re denying set-off or equitably subordinating where bad faith or inequitable conduct | 2.10 | 1,323.00 |
| 04/21/16 | Michael B. Goldstein | Review document; conference re ED appeal; prepare for same | 1.80 | 1,980.00 |
| 04/21/16 | David E. Mills | Review FSA's appeal brief and work on outline of arguments | 2.40 | 2,136.00 |
| 04/21/16 | Alyssa T Saunders | Research deadlines for opposition to appeal | 1.20 | 864.00 |
| 04/22/16 | Michael B. Goldstein | Conference re activities by creditors | .50 | 550.00 |
| 04/22/16 | David E. Mills | Review FSA appeal; work on strategy for opposition | 2.50 | 2,225.00 |
| 04/22/16 | Alyssa T Saunders | Review FSA appeal and FSA report to NACIQI; communications re opposition brief | .70 | 504.00 |
| 04/25/16 | Michael B. Goldstein | Review materials, conference re response to ED, Woodcox issues | 2.30 | 2,530.00 |
| 04/25/16 | David E. Mills | Review notice of hearing in bankruptcy court; work on strategy for hearing | 2.90 | 2,581.00 |
| 04/25/16 | Alyssa T Saunders | Prepare agenda for and attend meeting re opposing FSA appeal and possible claims against ED; research re deposition designations and prior briefs filed with Secretary of education | 3.60 | 2,592.00 |
| 04/26/16 | David E. Mills | Work on strategy for bankruptcy court proceedings; review research re potential claims against ED and ED employee, and statute of limitations issues | 2.90 | 2,581.00 |
| 04/26/16 | Alyssa T Saunders | Research accrual and tolling of statute of limitation; work on outline for response to Decker appeal; communication re FOIA request | 5.50 | 3,960.00 |

# Cooley

**Invoice Number: 1630259**
CL 01 17604

**519664-201**
**COE Litigation**
**DL19664.0002**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/26/16 | Nicole B. Carroll | Research deposition designations; review case files; document production of exhibits | 5.10 | 1,147.50 |
| 04/27/16 | Michael B. Goldstein | Review memorandum re set-offs, conference and emails re same | 1.10 | 1,210.00 |
| 04/27/16 | David E. Mills | Review analysis of set-off rights under bankruptcy case law; work on strategy re ED as creditor | 2.80 | 2,492.00 |
| 04/27/16 | Alyssa T Saunders | Research standard of review of appeal to district court and to secretary; work on outline for opposition to appeal; review research re set-off in bankruptcy court | 4.00 | 2,880.00 |
| 04/27/16 | Nicole B. Carroll | Research NACIQI staff reports | .50 | 112.50 |
| 04/27/16 | Jay R. Indyke | Review email memo re bad faith element to day set-off | .40 | 446.00 |
| 04/27/16 | Melissa H. Boyd | Emails re strength of denying set-off rights | .10 | 63.00 |
| 04/28/16 | David E. Mills | Review legal issues and possible arguments in bankruptcy court and at ED on appeal of ALJ decision | 1.40 | 1,246.00 |
| 04/28/16 | Alyssa T Saunders | Revise outline for opposition to appeal; communications re same; analyze NACIQI transcripts | 3.90 | 2,808.00 |
| 04/29/16 | David E. Mills | Review suggestion for FOIA request to gather documents for possible claim; work on strategy for court proceedings | 2.10 | 1,869.00 |
| 04/29/16 | Alyssa T Saunders | Work on FOIA request; strategize re potential claims | 1.80 | 1,296.00 |

**Total Fees**                                                    **$91,816.50**

# Cooley

**Invoice Number: 1630259**
CL 01 17604

**519664-201**
**COE Litigation**
**DL19664.0002**

**Fee Summary:**

| Timekeeper | Type | Rate | Hours | Total |
|---|---|---|---|---|
| David E. Mills | Partner | 890 | 41.10 | 36,579.00 |
| Jay R. Indyke | Partner | 1115 | 4.90 | 5,463.50 |
| Michael B. Goldstein | Senior Counsel | 1100 | 13.10 | 14,410.00 |
| Robert B. Winning | Associate | 770 | 4.20 | 3,234.00 |
| Alyssa T Saunders | Associate | 720 | 25.90 | 18,648.00 |
| Melissa H. Boyd | Associate | 630 | 19.40 | 12,222.00 |
| Nicole B. Carroll | Paralegal | 225 | 5.60 | 1,260.00 |

**For costs and disbursements recorded through April 30, 2016 :**

| | |
|---|---|
| Reproduction of Documents | 634.60 |
| Research Database / Document Retrieval | 2,059.25 |
| **Total Costs** | **$2,693.85** |
| **Matter Total** | **$94,510.35** |
| **Total Due on All Matters** | **$131,458.80** |



ATTORNEYS AT LAW

101 California
5th floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA

San Diego, CA

Los Angeles, CA

Broomfield, CO

Seattle, WA

New York, NY

Reston, VA

Washington, DC

Boston, MA

Shanghai, P. R. China

London, United Kingdom

May 18, 2016

Robert W. Keats
Decker College, Inc., Debtor
Keats & Schwietz, PLLC
P.O. Box 221377
Louisville, KY 40252

**Invoice Number: 1630259**
CL 01 17604

### R E M I T T A N C E   A D V I C E

**Please include this Remittance Advice with your payment**

**For current services rendered through 4/30/2016-Invoice No. 1630259:**

| Client-Matter | | Fees | Costs | Total |
|---|---|---|---|---|
| 519664-101 | General | 36,244.50 | 703.95 | 36,948.45 |
| 519664-201 | COE Litigation | 91,816.50 | 2,693.85 | 94,510.35 |

**Total Due on Current Invoice** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $     **131,458.80**

**Cooley LLP**
101 California Street, 5th floor
San Francisco, CA 94111-5800

Tax ID# 94-1140085

**Payment may be made by wire transfer or ACH:**
Wells Fargo Bank - San Francisco, CA 94104
Account # 4129155206  ABA Routing # 121000248  Swift # WFBIUS6S
**When making electronic payments please provide invoice number(s)
and send remittance advice to AR@cooley.com**

Invoices are due and payable upon receipt. Any unpaid balance after 30 days may
accrue late charges.



ATTORNEYS AT LAW

101 California
5th floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA

San Diego, CA

Los Angeles, CA

Broomfield, CO

Seattle, WA

New York, NY

Reston, VA

Washington, DC

Boston, MA

Shanghai, P. R. China

London, United Kingdom

June 22, 2016

Robert W. Keats
Decker College, Inc., Debtor
Keats & Schwietz, PLLC
P.O. Box 221377
Louisville,  KY  40252

**Invoice Number:  1642675**
CL 01 17604

0519664-MAIN

*For services rendered through May 31, 2016*

Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$     216,794.50

Chargeable costs and disbursements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$          257.90

**Total Due on Current Invoice** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$     **217,052.40**

# Cooley

**Invoice Number: 1642675**
CL 01 17604

**519664-101**
**General**
**DL19664.0001**

**For services rendered through May 31, 2016 :**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/02/16 | Michael B. Goldstein | Work on materials re motions; teleconference with parties re same | 1.60 | 1,760.00 |
| 05/02/16 | Naomi Harralson May | Analyze responsive documents re FOIA requests from 2006 and 2010 to inform preparation of brief and new FOIA request; draft FOIA request letter | 4.80 | 2,424.00 |
| 05/02/16 | David E. Mills | Prepare analysis and work on strategy; telephone conference with R. Bernstein and J. Leeds; work on FOIA request; review email from J. Woodcox re possible bankruptcy conversation, claims against ED, costs for closeout audit and related matters and address same; work on arguments for brief to Secretary of Education | 2.90 | 2,581.00 |
| 05/02/16 | Alyssa T Saunders | Prepare for and call with B. Keats; prepare for and telephone call with J. Woodcox and R. Bernstein; strategize re appeal and potential motion to disallow; revise FOIA request | 6.30 | 4,536.00 |
| 05/02/16 | Nicole B. Carroll | Work on draft FOIA request; research NACIQI documents | 2.60 | 585.00 |
| 05/02/16 | Jay R. Indyke | Telephone call re notice of hearing and trustee status report and issue on appeal of administrative ruling | .20 | 223.00 |
| 05/03/16 | Naomi Harralson May | Revise FOIA request letter to include ED analysts and citations to judicial decisions; correspondence re terms and return to Title IV records | 1.90 | 959.50 |
| 05/03/16 | David E. Mills | Prepare analysis of strategy for meeting and propose plan of action; work on brief opposing appeal by FSA; work on response to trustee | 3.30 | 2,937.00 |
| 05/03/16 | Alyssa T Saunders | Revise FOIA request; communications re same; analyze facts for possible claims | 3.30 | 2,376.00 |

# Cooley

519664-101
General
DL19664.0001

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/03/16 | Jay Vaughan | Work on bankruptcy hearing and ED response strategies | .30 | 238.50 |
| 05/03/16 | Nicole B. Carroll | Review FOIA materials | 1.10 | 247.50 |
| 05/04/16 | Marjorie Arrington | Discussion re Finding 2 of ED program review | .40 | 200.00 |
| 05/04/16 | Naomi Harralson May | Analyze spreadsheets of calculations and refund data for Finding 2; discuss arguments re same | 1.10 | 555.50 |
| 05/04/16 | David E. Mills | Work on issues for response to FSA on appeal to Secretary and strategy re same | 2.20 | 1,958.00 |
| 05/04/16 | Alyssa T Saunders | Prepare agenda for meeting with B. Keats and possible arguments for motion to disallow; coordinate research re law of the case and res judicata theories or brief | 3.90 | 2,808.00 |
| 05/04/16 | Jane L. van Benten | Review research issue | .30 | 127.50 |
| 05/05/16 | Marjorie Arrington | Review student data re LDA | 3.60 | 1,800.00 |
| 05/05/16 | Michael B. Goldstein | Preparation for and conference re strategy respecting recovery of funds | 1.30 | 1,430.00 |
| 05/05/16 | Naomi Harralson May | Research statutory and regulatory provisions and history re close-out audits | 2.70 | 1,363.50 |
| 05/05/16 | David E. Mills | Review close-out audit requirements and facts; work on strategy | 2.10 | 1,869.00 |
| 05/05/16 | Alyssa T Saunders | Prepare for and attend meeting re litigation strategy; communications re FOIA request draft agenda for call with B. Keats; work on introduction to brief | 4.10 | 2,952.00 |
| 05/05/16 | Jay Vaughan | Work on OHA and bankruptcy strategies | 1.00 | 795.00 |
| 05/05/16 | Jane L. van Benten | Research impact of effects of factual findings on future proceedings | 3.50 | 1,487.50 |
| 05/05/16 | Nicole B. Carroll | Review case files | .20 | 45.00 |
| 05/06/16 | Lisa D. Macdonald | Research and obtain legislative history re institution participation in Title IV | 1.20 | 288.00 |
| 05/06/16 | Marjorie Arrington | Review data re last date of attendance for worksheets | 4.20 | 2,100.00 |



**Invoice Number: 1642675**
CL 01 17604

**519664-101**
**General**
**DL19664.0001**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/06/16 | Rebecca Flake | Analyze close-out audit requirements and authority | .50 | 250.00 |
| 05/06/16 | Naomi Harralson May | Research statutory and regulatory history re close-out audits and draft summary of findings; correspondence re supporting documents for brief in opposition to FSA appeal to Secretary | 6.30 | 3,181.50 |
| 05/06/16 | David E. Mills | Research and prepare strategy; telephone conference re same | 1.10 | 979.00 |
| 05/06/16 | Alyssa T Saunders | Draft factual and procedural background section of appeal; draft argument re finality | 6.50 | 4,680.00 |
| 05/06/16 | Nicole B. Carroll | Research docket issues re insurance disclosures and proof of claim | 2.10 | 472.50 |
| 05/08/16 | Alyssa T Saunders | Work on argument re conflating administrative and adversary proceedings | 1.00 | 720.00 |
| 05/09/16 | Marjorie Arrington | Discussion and review re content of spreadsheets and emails re filing of response to ED appeal | 2.60 | 1,300.00 |
| 05/09/16 | Michael B. Goldstein | Conference re coordination respecting parties | .50 | 550.00 |
| 05/09/16 | Naomi Harralson May | Analyze refund data and calculations and records from 2005 re same; evaluate implications of judge's directives to proceed with liability calculations, including potential impact of different interpretations of such directives related to Finding 2 | 8.50 | 4,292.50 |
| 05/09/16 | David E. Mills | Develop and send to R. Keats proposed agenda for strategy call; follow-up re same; work on opposition to appeal and strategy for litigation in bankruptcy court; exchange email with client re same; address issues with investors | 2.80 | 2,492.00 |
| 05/09/16 | Alyssa T Saunders | Review research re law of the case doctrine; draft remaining arguments in opposition to FSA appeal; deadline to file brief; communication re FOIA request; prepare for call with B. Keats | 5.50 | 3,960.00 |

# Cooley

Invoice Number: 1642675
CL 01 17604

519664-101
**General**
  DL19664.0001

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/09/16 | Jane L. van Benten | Research applicability of law of the case, collateral estoppel, and res judicata | 5.50 | 2,337.50 |
| 05/09/16 | Nicole B. Carroll | Telephone call with OHA re filing procedures and correspondence re same; research docket issues | 1.00 | 225.00 |
| 05/10/16 | Marjorie Arrington | Review emails and spreadsheets re filing of response to ED appeal | 4.40 | 2,200.00 |
| 05/10/16 | Michael B. Goldstein | Preparation for and conference re proceedings, motion to disallow ED claim, other matters | 1.40 | 1,540.00 |
| 05/10/16 | Naomi Harralson May | Attend conference call with R. Keats re next steps; research and draft close-out audit summary to bank; research, discuss, and correspondence re refund calculations for Finding 2 | 7.40 | 3,737.00 |
| 05/10/16 | David E. Mills | Telephone conference with R. Keats and team to develop strategy for all aspects of litigation and proceedings at ED; work on opposition to appeal; review update from B. Weld; work on description of status for bank | 3.20 | 2,848.00 |
| 05/10/16 | Alyssa T Saunders | Revise brief in opposition to FSA appeal; call with B. Keats re strategy | 12.80 | 9,216.00 |
| 05/10/16 | Jay Vaughan | Work on appeal and strategy re same | 2.10 | 1,669.50 |
| 05/10/16 | Nicole B. Carroll | Research deposition designations and insurance disclosures | 1.60 | 360.00 |
| 05/11/16 | Naomi Harralson May | Revise memorandum to bank requesting funding for closeout audit and research and correspondence re same; review draft of brief in response to Federal Student Aid's appeal to the Secretary; develop outline for section of brief on return to Title IV | 4.40 | 2,222.00 |
| 05/11/16 | David E. Mills | Review and revise status report for bank re possible loan to fund close-out audit; work on opposition brief re appeal by FSA; work on FOIA request and related issues | 2.80 | 2,492.00 |



**Invoice Number: 1642675**
CL 01 17604

**519664-101**
**General**
**DL19664.0001**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/11/16 | Alyssa T Saunders | Draft due process argument for brief; work on memo re close-out audit; revise FOIA request; review ED proof of claim; communications re same | 3.80 | 2,736.00 |
| 05/11/16 | Jay Vaughan | Work on close-out audit requirements | 1.10 | 874.50 |
| 05/11/16 | Nicole B. Carroll | Review files for refund documents; correspondence re proof of claim and PPA; prepare exhibits to FOIA request | 2.00 | 450.00 |
| 05/12/16 | Marjorie Arrington | Research data re school characteristics re response to ED appeal | .90 | 450.00 |
| 05/12/16 | Michael B. Goldstein | Preparation of memorandum re financing of close-out audit; conference re same | .90 | 990.00 |
| 05/12/16 | Naomi Harralson May | Draft section of brief in response to Federal Student Aid's appeal to the Secretary re refund calculations; analyze and draft revisions to section of brief re evidence of ED staff review of accreditor | 6.50 | 3,282.50 |
| 05/12/16 | David E. Mills | Work on opposition brief re appeal by FSA; work on FOIA request | 2.60 | 2,314.00 |
| 05/12/16 | Alyssa T Saunders | Review memo re close-out audit; revise FOIA request; research denial of due process for brief | 3.80 | 2,736.00 |
| 05/12/16 | Nicole B. Carroll | Review files for refund information; review ED proof of claim documents and correspondence re same; telephone call with OHA re filing procedures | 1.80 | 405.00 |
| 05/13/16 | Michael B. Goldstein | Work on financing for close-out audit; emails and conferences re same | 1.20 | 1,320.00 |
| 05/13/16 | David E. Mills | Work on opposition brief re appeal by FSA; work on revisions to Weld letter; review research re standard of review at Secretary of Education on appeal of ALJ decision | 2.90 | 2,581.00 |

# Cooley

**Invoice Number: 1642675**
CL 01 17604

**519664-101**
**General**
**DL19664.0001**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/13/16 | Alyssa T Saunders | Revise arguments re Finding 2 and due process; research standard for Secretary review of ALJ decision; review memo re close-out audit; analyze Second Circuit decision re former Wilfred students for relevance to Decker; prepare FOIA request for submission | 6.50 | 4,680.00 |
| 05/13/16 | Jay Vaughan | Work on case updates and possible support from recent decision | .80 | 636.00 |
| 05/13/16 | Nicole B. Carroll | Prepare and submit FOIA request | .60 | 135.00 |
| 05/13/16 | Jay R. Indyke | Review and comment on memo to Weld on conduct of close-out audit | .40 | 446.00 |
| 05/16/16 | Michael B. Goldstein | Work on ED proof of claim issues; conferences and emails re same; work on funding for close-out audits | 2.30 | 2,530.00 |
| 05/16/16 | Naomi Harralson May | Draft revisions and recommendations to trustee's objection to ED proof of claim; research re same | 3.20 | 1,616.00 |
| 05/16/16 | David E. Mills | Work on brief in opposition to FSA appeal; review issue re funding for close-out audit; review and revise trustee's objection to claim to be filed in the bankruptcy court | 6.80 | 6,052.00 |
| 05/16/16 | Alyssa T Saunders | Revise introduction, statement of facts standard of review, and Finding 2 arguments in brief; revise objection to ED proof of claim | 3.70 | 2,664.00 |
| 05/16/16 | Nicole B. Carroll | Review files for refund information; review FOIA acknowledgment letter | 3.90 | 877.50 |
| 05/17/16 | Michael B. Goldstein | Work on drafts motions; emails re same | 1.10 | 1,210.00 |
| 05/17/16 | Naomi Harralson May | Revise draft of brief in opposition to FSA appeal to the Secretary; review draft of motion to lift stay; review and correspondence re draft of objection to ED's proof of claim | 2.60 | 1,313.00 |

 **Cooley**

**Invoice Number:  1642675**
CL 01 17604

**519664-101**
**General**
**DL19664.0001**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/17/16 | David E. Mills | Work on opposition brief re appeal by FSA; work on revisions to Weld letter; review research re standard of review at Secretary of Education on appeal of ALJ decision; review motion to lift stay in adversarial proceeding against COE | 5.80 | 5,162.00 |
| 05/17/16 | Alyssa T Saunders | Revise brief opposing FSA appeal; communication re FSA appeal, proof of claim, and motion to lift stay of adversary proceeding | 5.40 | 3,888.00 |
| 05/17/16 | Jay Vaughan | Work on bankruptcy filings | .30 | 238.50 |
| 05/17/16 | Nicole B. Carroll | Conference re opposition brief timeline | .20 | 45.00 |
| 05/18/16 | Bonnie M. Nelson | Research court rules and attorney admissions; draft pro hac vice motions, affidavits and orders | 4.20 | 1,449.00 |
| 05/18/16 | Naomi Harralson May | Work on edits to objection to proof of claim | .90 | 454.50 |
| 05/18/16 | David E. Mills | Work on objections to proof of claim by ED; work on opposition to FSA appeal | 3.90 | 3,471.00 |
| 05/18/16 | Alyssa T Saunders | Coordinate exhibit for appeal brief; review revisions to same; review motion to stay; revise objection to proof of claim; work on memo re claims against ED | 5.60 | 4,032.00 |
| 05/18/16 | Jane L. van Benten | Research statute of limitations fraudulent concealment exception; research federal government liability for employees acting outside the scope of employment | 5.20 | 2,210.00 |
| 05/18/16 | Nicole B. Carroll | Work on opposition brief exhibits; proofread brief | 4.90 | 1,102.50 |
| 05/19/16 | Bonnie M. Nelson | Research court rules and prepare ECF registration applications; research and prepare pro hac vice motions and attachments re case nos. 05-61805 and 09-03091 | 3.80 | 1,311.00 |

Cooley

**519664-101**
**General**
  **DL19664.0001**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/19/16 | Naomi Harralson May | Work on objection to ED's proof of claim; review and prepare exhibits for brief in opposition to Federal Student Aid's appeal to the Secretary; research and advise re reimbursement requests | 3.50 | 1,767.50 |
| 05/19/16 | David E. Mills | Work on opposition brief re appeal by FSA; work on revisions to objection to proof of claim; review issue re request for reimbursement; exchange emails with R. Keats re objection to proof of claim; send draft opposition brief for appeal | 3.90 | 3,471.00 |
| 05/19/16 | Alyssa T Saunders | Revise objection to proof of claim; revise appeal brief; research exhibits for brief | 7.00 | 5,040.00 |
| 05/19/16 | Jay Vaughan | Work on OHA appeal | 2.30 | 1,828.50 |
| 05/19/16 | Nicole B. Carroll | Prepare exhibits for opposition brief; cite check opposition brief | 9.00 | 2,025.00 |
| 05/20/16 | Bonnie M. Nelson | Research and edit pro hac vice applications | 2.10 | 724.50 |
| 05/20/16 | Naomi Harralson May | Review and revise brief in opposition to Federal Student Aid's appeal to the Secretary and review and prepare exhibits for the same; analyze facts and history section of status report to bankruptcy court and compare with facts and history sections of objection to ED proof of claim and brief in opposition to Federal Student Aid's appealed to the Secretary | 5.20 | 2,626.00 |
| 05/20/16 | David E. Mills | Work on brief in opposition to appeal by FSA and finalize same for filing; review trustee's draft status report and revise same | 4.80 | 4,272.00 |
| 05/20/16 | Alyssa T Saunders | Revise brief and exhibits for filing; work on memo re claims against ED | 6.70 | 4,824.00 |
| 05/20/16 | Jay Vaughan | Review appeal brief | .30 | 238.50 |
| 05/20/16 | Nicole B. Carroll | Work on document production of exhibits to opposition brief; prepare brief and exhibits for filing | 4.90 | 1,102.50 |



**519664-101**
**General**
  **DL19664.0001**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/21/16 | Naomi Harralson May | Revise draft of status report to bankruptcy court to align facts and history with objection to proof of claim and brief filed in opposition to Federal Student Aid's appeal to the Secretary | 1.10 | 555.50 |
| 05/21/16 | Nicole B. Carroll | Review docket for status report details | .30 | 67.50 |
| 05/22/16 | Naomi Harralson May | Revise draft of status report to bankruptcy court to align facts and history with objection to proof of claim and brief filed in opposition to Federal Student Aid's appeal to the Secretary | 3.00 | 1,515.00 |
| 05/22/16 | Alyssa T Saunders | Communication re motion to disallow claim and status report | .20 | 144.00 |
| 05/23/16 | Bonnie M. Nelson | Research court rules re pro hac vice limitations and electronic fee paying procedure; edit and update attorneys' pro hac vice motions and attachments | 3.10 | 1,069.50 |
| 05/23/16 | Naomi Harralson May | Revise draft status report and research citations; research ED regulations and guidance re program participation agreements for memorandum re breach of contract | 2.70 | 1,363.50 |
| 05/23/16 | David E. Mills | Review and revise updated status report for trustee's filing in bankruptcy court | 1.70 | 1,513.00 |
| 05/23/16 | Alyssa T Saunders | Revise status report; work on memo re claims against ED | 6.20 | 4,464.00 |
| 05/23/16 | Nicole B. Carroll | Review files for PPA; review docket in main bankruptcy case | 1.40 | 315.00 |
| 05/24/16 | Bonnie M. Nelson | Prepay court filing fee for pro hac motions; finalize pro hac vice motions and ECF file same | 3.00 | 1,035.00 |



**Invoice Number: 1642675**
CL 01 17604

519664-101
General
DL19664.0001

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/24/16 | David E. Mills | Review and revise status report for filing in bankruptcy court; conference call re strategy for all aspects of the process; review research re possible claims against ED; communications with R. Keats re status hearing; send update to investors re recent filings in bankruptcy court and at ED | 2.90 | 2,581.00 |
| 05/24/16 | Alyssa T Saunders | Participate in call re strategy; review status report as filed; communications re courtesy copies of filings for investors; draft analysis section of memo re claims against ED | 6.10 | 4,392.00 |
| 05/25/16 | David E. Mills | Review Weld's amended proof of claim | .60 | 534.00 |
| 05/25/16 | Alyssa T Saunders | Review terms of provisional PPA; draft analysis of claim for breach of PPA; revise memo re claims against ED; review amended proof of claim | 2.30 | 1,656.00 |
| 05/26/16 | David E. Mills | Review input re hearing in bankruptcy court; telephone conference with R. Keats re report on hearing; prepare summary and address concerns of investors | 2.40 | 2,136.00 |
| 05/26/16 | Alyssa T Saunders | Research re Stern v. Marshall issues in adversary proceeding; communications re status hearing; review Weld's amended proof of claim and court order re motion to disallow; review motion to withdraw Dow Lohnes attorneys | 2.60 | 1,872.00 |
| 05/27/16 | David E. Mills | Review input re hearing in bankruptcy court; telephone conference with R. Keats re report on hearing; prepare summary and address concerns of investors | 1.70 | 1,513.00 |
| 05/28/16 | David E. Mills | Work on strategy | .70 | 623.00 |
| 05/31/16 | David E. Mills | Work on strategy for hearing and possible claims against ED | 1.70 | 1,513.00 |

**Total Fees**                                                                                    **$210,814.50**



**Invoice Number: 1642675**
CL 01 17604

**519664-101**
**General**
  **DL19664.0001**

**Fee Summary:**

| Timekeeper | Type | Rate | Hours | Total |
|---|---|---|---|---|
| Marjorie Arrington | Practice Group Professional | 500 | 16.10 | 8,050.00 |
| Rebecca Flake | Practice Group Professional | 500 | .50 | 250.00 |
| David E. Mills | Partner | 890 | 62.80 | 55,892.00 |
| Jay Vaughan | Partner | 795 | 8.20 | 6,519.00 |
| Jay R. Indyke | Partner | 1115 | .60 | 669.00 |
| Michael B. Goldstein | Senior Counsel | 1100 | 10.30 | 11,330.00 |
| Naomi Harralson May | Associate | 505 | 65.80 | 33,229.00 |
| Alyssa T Saunders | Associate | 720 | 103.30 | 74,376.00 |
| Jane L. van Benten | Associate | 425 | 14.50 | 6,162.50 |
| Bonnie M. Nelson | Paralegal | 345 | 16.20 | 5,589.00 |
| Nicole B. Carroll | Paralegal | 225 | 37.60 | 8,460.00 |
| Lisa D. Macdonald | Other Timekeepers | 240 | 1.20 | 288.00 |

**For costs and disbursements recorded through May 31, 2016 :**

| | |
|---|---|
| Audio/Video Conferencing Services | 4.74 |
| Document Preparation | 37.81 |
| Postage | 29.35 |
| Reproduction of Documents | 182.20 |
| **Total Costs** | **$254.10** |
| **Matter Total** | **$211,068.60** |



**Invoice Number: 1642675**
CL 01 17604

519664-201
**COE Litigation**
  DL19664.0002

**For services rendered through May 31, 2016 :**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/18/16 | Michael B. Goldstein | Email exchanges and telephone conference re filings | .50 | 550.00 |
| 05/18/16 | Rebecca Goldstein | Research procedure to obtain ECF password to file in Western District Kentucky bankruptcy court; prepare email re same | .50 | 160.00 |
| 05/19/16 | Michael B. Goldstein | Work on bankruptcy court pleadings; conferences and emails re same | 1.20 | 1,320.00 |
| 05/20/16 | Michael B. Goldstein | Conference re strategy, objection to ED claim | .40 | 440.00 |
| 05/24/16 | Michael B. Goldstein | Review materials, conference re strategy going forward respecting disallowance of ED claim, COE claims, recoupment of funds | 1.30 | 1,430.00 |
| 05/26/16 | Melissa A. Conley | Communication with clerk re e-filing documents, drafted motion and proposed order to withdraw inactive attorneys, e-filed documents | 1.00 | 320.00 |
| 05/26/16 | Michael B. Goldstein | Review update report; comment re same | .70 | 770.00 |
| 05/27/16 | Michael B. Goldstein | Emails, conference re status hearing, case direction | .50 | 550.00 |
| 05/28/16 | Michael B. Goldstein | Email, conference with trustee re case status, future actions | .40 | 440.00 |

**Total Fees**                                                            **$5,980.00**

**Fee Summary:**

| Timekeeper | Type | Rate | Hours | Total |
|-----------|------|------|-------|-------|
| Michael B. Goldstein | Senior Counsel | 1100 | 5.00 | 5,500.00 |
| Rebecca Goldstein | Paralegal | 320 | .50 | 160.00 |
| Melissa A. Conley | Other Timekeepers | 320 | 1.00 | 320.00 |



**519664-201**
**COE Litigation**
  **DL19664.0002**

**For costs and disbursements recorded through May 31, 2016 :**

| | |
|---|---:|
| Reproduction of Documents | 3.80 |
| **Total Costs** | **$3.80** |
| **Matter Total** | **$5,983.80** |
| **Total Due on All Matters** | **$217,052.40** |



ATTORNEYS AT LAW

101 California
5th floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA

San Diego, CA

Los Angeles, CA

Broomfield, CO

Seattle, WA

New York, NY

Reston, VA

Washington, DC

Boston, MA

Shanghai, P. R. China

London, United Kingdom

June 22, 2016

Robert W. Keats
Decker College, Inc., Debtor
Keats & Schwietz, PLLC
P.O. Box 221377
Louisville, KY 40252

**Invoice Number: 1642675**
CL 01 17604

### R E M I T T A N C E   A D V I C E

**Please include this Remittance Advice with your payment**

**For current services rendered through 5/31/2016-Invoice No. 1642675:**

| Client-Matter | | Fees | Costs | Total |
|---|---|---|---|---|
| 519664-101 | General | 210,814.50 | 254.10 | 211,068.60 |
| 519664-201 | COE Litigation | 5,980.00 | 3.80 | 5,983.80 |

**Total Due on Current Invoice** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$**     **217,052.40**

**Cooley LLP**
101 California Street, 5th floor
San Francisco, CA 94111-5800

Tax ID# 94-1140085

**Payment may be made by wire transfer or ACH:**
Wells Fargo Bank - San Francisco, CA 94104
Account # 4129155206  ABA Routing # 121000248  Swift # WFBIUS6S
**When making electronic payments please provide invoice number(s)
and send remittance advice to AR@cooley.com**

Invoices are due and payable upon receipt. Any unpaid balance after 30 days may
accrue late charges.



ATTORNEYS AT LAW

101 California
5th floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA

San Diego, CA

Los Angeles, CA

Broomfield, CO

Seattle, WA

New York, NY

Reston, VA

Washington, DC

Boston, MA

Shanghai, P. R. China

London, United Kingdom

July 19, 2016

Robert W. Keats
Decker College, Inc., Debtor
Keats & Schwietz, PLLC
P.O. Box 221377
Louisville, KY 40252

**Invoice Number: 1651338**
CL 01 17604

0519664-MAIN

*For services rendered through June 30, 2016*

Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$     50,433.00

Chargeable costs and disbursements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$      1,924.90

**Total Due on Current Invoice** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$     **52,357.90**



Page 2

**Invoice Number: 1651338**
CL 01 17604

**519664-101**
**General**
**DL19664.0001**


**For services rendered through June 30, 2016 :**

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 06/01/16 | Alyssa T Saunders | Work on memo re claims against LoBosco and ED | .90 | 648.00 |
| 06/03/16 | David E. Mills | Work on analysis of possible claims against ED and employees | 1.80 | 1,602.00 |
| 06/03/16 | Alyssa T Saunders | Work on memo re claims against ED and LoBosco | .90 | 648.00 |
| 06/03/16 | Jay R. Indyke | Review email re discussions with Woodox and Bernstein | .10 | 111.50 |
| 06/06/16 | Alyssa T Saunders | Research re qualified immunity; revise argument re Bivens claims | 2.40 | 1,728.00 |
| 06/07/16 | David E. Mills | Work on analysis of claims; review email from new DOJ lawyer; review email from R. Keats re status of strategy | 1.70 | 1,513.00 |
| 06/07/16 | Alyssa T Saunders | Research Title IV benefits and Tucker Act Claims; revise memo re claims against ED and introduction to same | 5.80 | 4,176.00 |
| 06/08/16 | David E. Mills | Telephone conference with DOJ lawyer re schedule and DOJ request for postponement; report to client; exchange email with client re same; finalize short extension (not postponement) and email re same | 1.50 | 1,335.00 |
| 06/08/16 | Alyssa T Saunders | Revise memo re claims against ED and LoBosco; draft conclusion re same | 3.60 | 2,592.00 |
| 06/09/16 | Naomi Harralson May | Research and correspondence re review of Council on Occupational Education at meeting of National Advisory Committee on Institutional Quality and Integrity | .30 | 151.50 |
| 06/09/16 | David E. Mills | Email exchange with client and counsel re status of bankruptcy case and extension for DO; work on analysis of claims | 1.70 | 1,513.00 |
| 06/09/16 | Alyssa T Saunders | Draft common interest agreement; review research re governing law for agreement | 2.40 | 1,728.00 |

# Cooley

**519664-101**
**General**
   **DL19664.0001**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/10/16 | David E. Mills | Email exchange with DOJ counsel re bankruptcy case and extension for DOJ; work on potential claims | 1.30 | 1,157.00 |
| 06/13/16 | Michael B. Goldstein | Email, conference re motion for relief | .40 | 440.00 |
| 06/13/16 | David E. Mills | Send proposed filing to DOJ for review and approval for R. Keats; review claims analysis | 2.00 | 1,780.00 |
| 06/13/16 | Alyssa T Saunders | Review transcripts and prepare exhibits to memo re claims against ED | .90 | 648.00 |
| 06/14/16 | David E. Mills | Work on analysis of potential claims | 2.10 | 1,869.00 |
| 06/15/16 | David E. Mills | Work on memo re analysis of potential claims | 3.20 | 2,848.00 |
| 06/15/16 | Alyssa T Saunders | Review staff report to NACIQI re COE | .20 | 144.00 |
| 06/15/16 | Jay Vaughan | Work on hearing strategy and review materials re same | .40 | 318.00 |
| 06/16/16 | David E. Mills | Work on memo of possible claims against ED and employees; send same for comment | 3.90 | 3,471.00 |
| 06/16/16 | Alyssa T Saunders | Review revisions to memo re claims against ED and LoBosco; research implied duty of good faith and fair dealing | .80 | 576.00 |
| 06/17/16 | Michael B. Goldstein | Conference re hearing | .70 | 770.00 |
| 06/17/16 | David E. Mills | Work on memo re possible claims against ED and employees; review comments re same | 1.10 | 979.00 |
| 06/17/16 | Alyssa T Saunders | Research re implied covenant of good faith and fair dealing; revise memo re claims against ED; communication re same | 2.60 | 1,872.00 |
| 06/20/16 | Michael B. Goldstein | Review draft memorandum on additional claims; prepare comments re same | 1.10 | 1,210.00 |
| 06/20/16 | Naomi Harralson May | Review records and respond to questions re reimbursement requests | .20 | 101.00 |
| 06/20/16 | David E. Mills | Review opposition to motion to lift stay filed by COE; exchange email with client re same; review revisions to memo on claims | 2.20 | 1,958.00 |

# Cooley

**Invoice Number: 1651338**
CL 01 17604

**519664-101**
**General**
**DL19664.0001**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/20/16 | Alyssa T Saunders | Analyze question re reimbursements from ED; review comments to memo re claims against ED | .40 | 288.00 |
| 06/20/16 | Jay Vaughan | Work on overview memorandum and review same | .70 | 556.50 |
| 06/21/16 | David E. Mills | Review opposition to motion to lift stay filed by COE; exchange email with client re same; review revisions to memo on claims | 2.20 | 1,958.00 |
| 06/21/16 | Alyssa T Saunders | Research re implied breach of good faith claims; review COE opposition to motion to stay; revise memo re claims against ED and LoBosco | 3.80 | 2,736.00 |
| 06/21/16 | Nicole B. Carroll | Prepare exhibits to memo re claims against ED and LoBosco | .20 | 45.00 |
| 06/22/16 | Michael B. Goldstein | Conference re NCACIQI action re COE; review briefing memorandum re claims | .80 | 880.00 |
| 06/22/16 | David E. Mills | Review orders entered by court rescheduling hearing on motion to lift stay and adjust plans accordingly; consider strategy for reply to opposition to motion to lift stay; review email from client re status of parties and issues | 1.80 | 1,602.00 |
| 06/22/16 | Alyssa T Saunders | Review court order re hearing; communication re hearing, reply brief, memo and publicity | 1.00 | 720.00 |
| 06/22/16 | Jay Vaughan | Work on hearing updates | .20 | 159.00 |
| 06/23/16 | Jay Vaughan | Work on accreditation developments and NACIQI hearing | .50 | 397.50 |
| 06/24/16 | David E. Mills | Work on strategy for litigation and potential claims | 1.40 | 1,246.00 |
| 06/29/16 | David E. Mills | Work on memo re potential claims | .60 | 534.00 |
| 06/30/16 | David E. Mills | Work on memo re potential claims; review email from J. Woodcox; work on strategy for client | 1.60 | 1,424.00 |

**Total Fees**                                                                   **$50,433.00**

 **Cooley**

**Invoice Number:  1651338**
CL 01 17604

**519664-101**
**General**
   **DL19664.0001**

**Fee Summary:**

| Timekeeper | Type | Rate | Hours | Total |
|---|---|---|---|---|
| David E. Mills | Partner | 890 | 30.10 | 26,789.00 |
| Jay Vaughan | Partner | 795 | 1.80 | 1,431.00 |
| Jay R. Indyke | Partner | 1115 | .10 | 111.50 |
| Michael B. Goldstein | Senior Counsel | 1100 | 3.00 | 3,300.00 |
| Naomi Harralson May | Associate | 505 | .50 | 252.50 |
| Alyssa T Saunders | Associate | 720 | 25.70 | 18,504.00 |
| Nicole B. Carroll | Paralegal | 225 | .20 | 45.00 |

**For costs and disbursements recorded through June 30, 2016 :**

| | |
|---|---|
| Additional Services | 102.32 |
| Air Fare | 520.95 |
| Traveler: D.  MILLS Departure Date: 5/25/2016 Itinerary: Baltimore, MD-Louisville, KY-Baltimore, MD Airline: Southwest | |
| Meals | 7.64 |
| Mileage, Parking and Tolls | 10.29 |
| Rush retrievals | 61.54 |
| Iron Mountain | |
| Regular retrievals | 5.43 |
| Metropolitan Archives | |
| Research Database / Document Retrieval | 1,216.73 |
| **Total Costs** | **$1,924.90** |
| **Matter Total** | **$52,357.90** |
| **Total Due on All Matters** | **$52,357.90** |

# Cooley

ATTORNEYS AT LAW

101 California
5th floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA

San Diego, CA

Los Angeles, CA

Broomfield, CO

Seattle, WA

New York, NY

Reston, VA

Washington, DC

Boston, MA

Shanghai, P. R. China

London, United Kingdom

July 19, 2016

Robert W. Keats
Decker College, Inc., Debtor
Keats & Schwietz, PLLC
P.O. Box 221377
Louisville, KY 40252

**Invoice Number: 1651338**
CL 01 17604

## R E M I T T A N C E   A D V I C E

**Please include this Remittance Advice with your payment**

**For current services rendered through 6/30/2016-Invoice No. 1651338:**

| Client-Matter | | Fees | Costs | Total |
|---|---|---|---|---|
| 519664-101 | General | 50,433.00 | 1,924.90 | 52,357.90 |

**Total Due on Current Invoice** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$**     **52,357.90**

**Cooley LLP**
101 California Street, 5th floor
San Francisco, CA 94111-5800

Tax ID# 94-1140085

**Payment may be made by wire transfer or ACH:**
Wells Fargo Bank - San Francisco, CA 94104
Account # 4129155206  ABA Routing # 121000248  Swift # WFBIUS6S
**When making electronic payments please provide invoice number(s)**
**and send remittance advice to AR@cooley.com**

Invoices are due and payable upon receipt. Any unpaid balance after 30 days may
accrue late charges.



ATTORNEYS AT LAW

101 California
5th floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA

San Diego, CA

Los Angeles, CA

Broomfield, CO

Seattle, WA

New York, NY

Reston, VA

Washington, DC

Boston, MA

Shanghai, P. R. China

London, United Kingdom

August 23, 2016

Robert W. Keats
Decker College, Inc., Debtor
Keats & Schwietz, PLLC
P.O. Box 221377
Louisville, KY 40252

**Invoice Number: 1663647**
CL 01 17604

0519664-MAIN

*For services rendered through July 31, 2016*

Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$      54,456.50

Chargeable costs and disbursements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$       3,102.05

**Total Due on Current Invoice** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$      **57,558.55**

# Cooley

**Invoice Number: 1663647**
CL 01 17604

**519664-101**
**General**
  **DL19664.0001**

**For services rendered through July 31, 2016 :**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|------:|-------:|
| 07/01/16 | Michael B. Goldstein | Conference re Bivens action | 1.00 | 1,100.00 |
| 07/01/16 | David E. Mills | Work on analysis of potential claims and strategy; email exchange with client re same | 1.90 | 1,691.00 |
| 07/01/16 | Alyssa T Saunders | Analyze whether Decker can assign FTCA or Bivens claims to investors, exhaustion problem, possible derivative action, and impact on COE litigation | 2.90 | 2,088.00 |
| 07/05/16 | David E. Mills | Work on analysis of potential assignment or abandonment of claims | 2.20 | 1,958.00 |
| 07/05/16 | Alyssa T Saunders | Prepare chart analyzing considerations re assignment of claims to investors | 3.70 | 2,664.00 |
| 07/06/16 | David E. Mills | Telephone conference re strategy for potential assignment or abandonment of claims with P. Coffman | 2.20 | 1,958.00 |
| 07/06/16 | Alyssa T Saunders | Strategize re possible assignment of claims; research re purpose of pleading requirement in derivative action rule | 1.90 | 1,368.00 |
| 07/07/16 | David E. Mills | Review research re potential abandonment of claims | .80 | 712.00 |
| 07/07/16 | Alyssa T Saunders | Research re abandonment of claims by trustee and derivative claims; draft summary re same | 4.60 | 3,312.00 |
| 07/08/16 | David E. Mills | Review issues re possible abandonment of claims | 1.00 | 890.00 |
| 07/11/16 | David E. Mills | Finalize and send memo to client with substantive email re potential claims against ED or employee; review ED's response to objection to proof of claim and work on strategy | 1.80 | 1,602.00 |
| 07/11/16 | Alyssa T Saunders | Draft email re abandonment and assignment of claims; finalize memo re chains; review government opposition to objection to proof of claim | 1.80 | 1,296.00 |

# Cooley

**Invoice Number: 1663647**
CL 01 17604

**519664-101**
**General**
  **DL19664.0001**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/12/16 | Michael B. Goldstein | Conference re actions by trustee; emails re same | .50 | 550.00 |
| 07/12/16 | David E. Mills | Work on strategy for POC; review email from client and respond; review court order setting hearing | 1.40 | 1,246.00 |
| 07/12/16 | Jay Vaughan | Prepare for hearing | 1.10 | 874.50 |
| 07/13/16 | David E. Mills | Review court ordered hearing set for POC objection; work on issues for hearing | .80 | 712.00 |
| 07/14/16 | David E. Mills | Review developments from client re DOJ counsel and possible movement toward resolution; respond to same | .80 | 712.00 |
| 07/15/16 | David E. Mills | Review draft letter from Trustee and respond re same; review analysis of issues | 1.40 | 1,246.00 |
| 07/15/16 | Alyssa T Saunders | Analyze letter to investors re acquisition of claims | .40 | 288.00 |
| 07/16/16 | David E. Mills | Review court filing re hearing | .20 | 178.00 |
| 07/18/16 | David E. Mills | Work on agenda and strategy for hearing; substantive telephone conference re strategy with R. Keats | 1.30 | 1,157.00 |
| 07/18/16 | Alyssa T Saunders | Prepare for and telephone call with B. Keats re upcoming hearings and strategy for abandonment of claims against ED and LoBosco | 1.00 | 720.00 |
| 07/18/16 | Jay Vaughan | Work on hearing preparations and participate in conference call re same | 1.50 | 1,192.50 |
| 07/19/16 | Michael B. Goldstein | Conference re litigation status and settlement issues; prepare for same | .80 | 880.00 |
| 07/19/16 | Nicole B. Carroll | Research average time before Secretary's decision in cases appealed by FSA | 1.70 | 382.50 |
| 07/20/16 | David E. Mills | Review conversation with AUSA Malloy and respond to same | .50 | 445.00 |
| 07/21/16 | David E. Mills | Review results of hearing and work on strategy | .60 | 534.00 |

# Cooley

**519664-101**
**General**
**DL19664.0001**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/22/16 | Michael B. Goldstein | Email exchange re proceedings; work on same | .40 | 440.00 |
| 07/22/16 | David E. Mills | Review input re hearing and conversations with counsel; review court orders for hearing dates; work on strategy | 1.10 | 979.00 |
| 07/22/16 | Alyssa T Saunders | Communications re motion to lift stay and objection to proof claim hearings | .50 | 360.00 |
| 07/25/16 | David E. Mills | Review analysis of government filing by client, Trustee R. Keats | .50 | 445.00 |
| 07/26/16 | Michael B. Goldstein | Conference and emails re settlement issues | .80 | 880.00 |
| 07/27/16 | Marjorie Arrington | Telephone calls will client, Keats and ED re status of liabilities, funds due from ED and settlement review of student data submitted to ED for program review | 3.20 | 1,600.00 |
| 07/27/16 | Michael B. Goldstein | Prepare for and participate in telephone conference re hearing and settlement negotiations with DOJ | 4.30 | 4,730.00 |
| 07/27/16 | David E. Mills | Telephone conference with client to prepare for call with DOJ lawyers; telephone conference with R. Keats, J. Malloy and DOJ lawyer re status of case and possible resolution; work on strategy re same | 2.40 | 2,136.00 |

**Total Fees**                                                     **$43,326.50**

**Fee Summary:**

| Timekeeper | Type | Rate | Hours | Total |
|------------|------|------|-------|-------|
| Marjorie Arrington | Practice Group Professional | 500 | 3.20 | 1,600.00 |
| David E. Mills | Partner | 890 | 20.90 | 18,601.00 |
| Jay Vaughan | Partner | 795 | 2.60 | 2,067.00 |
| Michael B. Goldstein | Senior Counsel | 1100 | 7.80 | 8,580.00 |
| Alyssa T Saunders | Associate | 720 | 16.80 | 12,096.00 |
| Nicole B. Carroll | Paralegal | 225 | 1.70 | 382.50 |



**519664-101**
**General**
   **DL19664.0001**

**For costs and disbursements recorded through July 31, 2016 :**

| | |
|---|---|
| Air Fare<br>Traveler: D.  MILLS Departure Date: 6/28/2016 Itinerary: Louisville, KY-Detroit, MI-Washington, DC Airline: Delta Airlines | 389.10 |
| Air Fare<br>Traveler: D.  MILLS Departure Date: 6/27/2016 Itinerary: Washington, DC-Louisville, KY Airline: American Airlines | 488.10 |
| Air Fare<br>Traveler: M.  GOLDSTEIN Departure Date: 6/27/2016 Itinerary: Washington, DC-Louisville, KY Airline: American Airlines | 488.10 |
| Air Fare<br>Traveler: S.  MILLS Departure Date: 6/20/2016 Itinerary: Washington, DC-Washington, DC Airline: United | 75.00 |
| Air Fare<br>Traveler: D.  MILLS Departure Date: 6/27/2016 Itinerary: Washington, DC-Louisville, KY Airline: American Airlines | (435.10) |
| Air Fare<br>Traveler: D.  MILLS Departure Date: 6/28/2016 Itinerary: Louisville, KY-Detroit, MI-Washington, DC Airline: Delta Airlines | (336.10) |
| Air Fare<br>Traveler: D.  MILLS Departure Date: 7/20/2016 Itinerary: Washington, DC-Louisville, KY-Washington, DC Airline: American Airlines | 787.39 |
| Air Fare<br>Traveler: M.  GOLDSTEIN Departure Date: 7/20/2016 Itinerary: Washington, DC-Louisville, KY-Washington, DC Airline: American Airlines | 750.39 |
| Air Fare<br>Traveler: T.  Mariner Departure Date: N/A Itinerary: N/A | 8.00 |
| Research Database / Document Retrieval | 827.47 |
| **Total Costs** | **$3,042.35** |
| **Matter Total** | **$46,368.85** |



**Invoice Number: 1663647**
CL 01 17604

**519664-201**
**COE Litigation**
   **DL19664.0002**

**For services rendered through July 31, 2016 :**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/15/16 | Jay Vaughan | Work on litigation developments and prepare for hearing re same | .20 | 159.00 |
| 07/19/16 | Jay Vaughan | Prepare for bankruptcy hearing | .70 | 556.50 |
| 07/20/16 | Jay Vaughan | Prepare for court hearing; contact R. Keats re same | 2.50 | 1,987.50 |
| 07/21/16 | Jay Vaughan | Prepare for court hearing and participate in same; work on summary re same | 9.30 | 7,393.50 |
| 07/22/16 | Jay Vaughan | Work on hearing update | 1.30 | 1,033.50 |

**Total Fees**                                                             **$11,130.00**

**Fee Summary:**

| Timekeeper | Type | Rate | Hours | Total |
|-----------|------|------|-------|-------|
| Jay Vaughan | Partner | 795 | 14.00 | 11,130.00 |

**For costs and disbursements recorded through July 31, 2016 :**

| | |
|---|---|
| Research Database / Document Retrieval | 59.70 |
| **Total Costs** | **$59.70** |
| **Matter Total** | **$11,189.70** |
| **Total Due on All Matters** | **$57,558.55** |



ATTORNEYS AT LAW

101 California
5th floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA

San Diego, CA

Los Angeles, CA

Broomfield, CO

Seattle, WA

New York, NY

Reston, VA

Washington, DC

Boston, MA

Shanghai, P. R. China

London, United Kingdom

August 23, 2016

Robert W. Keats
Decker College, Inc., Debtor
Keats & Schwietz, PLLC
P.O. Box 221377
Louisville, KY 40252

**Invoice Number: 1663647**
CL 01 17604

### R E M I T T A N C E   A D V I C E
#### Please include this Remittance Advice with your payment

**For current services rendered through 7/31/2016-Invoice No. 1663647:**

| Client-Matter | | Fees | Costs | Total |
|---|---|---|---|---|
| 519664-101 | General | 43,326.50 | 3,042.35 | 46,368.85 |
| 519664-201 | COE Litigation | 11,130.00 | 59.70 | 11,189.70 |

**Total Due on Current Invoice** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    **57,558.55**

**Cooley LLP**
101 California Street, 5th floor
San Francisco, CA 94111-5800

Tax ID# 94-1140085

**Payment may be made by wire transfer or ACH:**
Wells Fargo Bank - San Francisco, CA 94104
Account # 4129155206  ABA Routing # 121000248  Swift # WFBIUS6S
**When making electronic payments please provide invoice number(s)
and send remittance advice to AR@cooley.com**

Invoices are due and payable upon receipt. Any unpaid balance after 30 days may
accrue late charges.



ATTORNEYS AT LAW

101 California
5th floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
San Diego, CA
Los Angeles, CA
Broomfield, CO
Seattle, WA
New York, NY
Reston, VA
Washington, DC
Boston, MA
Shanghai, P. R. China
London, United Kingdom

September 15, 2016

Robert W. Keats
Decker College, Inc., Debtor
Keats & Schwietz, PLLC
P.O. Box 221377
Louisville, KY 40252

**Invoice Number: 1671024**
CL 01 17604

0519664-MAIN

*For services rendered through August 31, 2016*

| | | |
|---|---|---:|
| Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | | 88,513.50 |
| Chargeable costs and disbursements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | | (500.38) |
| **Total Due on Current Invoice** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | | **88,013.12** |

# Cooley

Page 2

**Invoice Number: 1671024**
CL 01 17604

519664-101
General
DL19664.0001

**For services rendered through August 31, 2016 :**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/01/16 | David E. Mills | Work on strategy and litigation issues re ED issues | 1.80 | 1,602.00 |
| 08/01/16 | Jay Vaughan | Work on settlement updates | .30 | 238.50 |
| 08/02/16 | Michael B. Goldstein | Conference and email exchange re status issues | .60 | 660.00 |
| 08/02/16 | David E. Mills | Review motion to convert filed by investors and analysis of impact on education proceedings and issues; review Trustee's proposed response and opposition; telephone conference with R. Keats re same | 2.80 | 2,492.00 |
| 08/02/16 | Alyssa T Saunders | Analyze motion to convert to Chapter 11 and draft response in opposition; participate in call re same; email J. Indyke re same | 1.40 | 1,008.00 |
| 08/02/16 | Jay Vaughan | Work on case updates | .80 | 636.00 |
| 08/03/16 | David E. Mills | Review motion to convert and proposed opposition and work on strategy | .80 | 712.00 |
| 08/03/16 | Nicole B. Carroll | Research OHA cases for ED repayments to closed school | 1.60 | 360.00 |
| 08/04/16 | David E. Mills | Review motion to convert and proposed opposition and work on strategy | .50 | 445.00 |
| 08/08/16 | David E. Mills | Review motion to convert and related issues in connection with ED proceeding; work on strategy; email R. Keats re same | 1.80 | 1,602.00 |
| 08/08/16 | Alyssa T Saunders | Strategize re motion to convert and attendance at hearing; communication re bankruptcy law issues | .60 | 432.00 |
| 08/09/16 | Robert B. Winning | Analysis of conversion motion and related legal research and correspondence | 3.60 | 2,772.00 |
| 08/09/16 | David E. Mills | Review motion to convert and address issues re same; review documents | 2.10 | 1,869.00 |

# Cooley

**519664-101**
**General**
**DL19664.0001**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/09/16 | Alyssa T Saunders | Communication re Decker corporate entities and motion to convert bankruptcy; telephone call with R. Keats re Decker corporate boards and dissolution; research re same | 1.10 | 792.00 |
| 08/09/16 | Jay R. Indyke | Review email re motion to convert and Trustee objection to same | .40 | 446.00 |
| 08/10/16 | Robert B. Winning | Research 706 and related issues, and calls and meetings re same | 3.70 | 2,849.00 |
| 08/10/16 | David E. Mills | Review documents; work on opposition to motion to convert; telephone conference with AUSA re status and related issues | 2.30 | 2,047.00 |
| 08/10/16 | Alyssa T Saunders | Research Decker corporate entities | .70 | 504.00 |
| 08/10/16 | Nicole B. Carroll | Review ownership information from time of school closure | .20 | 45.00 |
| 08/10/16 | Jay R. Indyke | Meeting re draft objection to conversion and email re same | .50 | 557.50 |
| 08/11/16 | David E. Mills | Work on opposition to motion to convert and related issues | .80 | 712.00 |
| 08/11/16 | Alyssa T Saunders | Communication and research re Decker corporate entities for motion to convert | .20 | 144.00 |
| 08/15/16 | Marjorie Arrington | Review liabilities re ED Attachment 5 | 7.00 | 3,500.00 |
| 08/15/16 | David E. Mills | Telephone conference with AUSA re update, timeline and possible ED position re resolution; work on opposition to motion to convert | 2.40 | 2,136.00 |
| 08/15/16 | Jay R. Indyke | Review emails with updated information on board members, corporate structure and dissolution | .30 | 334.50 |
| 08/15/16 | Jay R. Indyke | Review draft objection to motion to convert from Keefs and consider options | .80 | 892.00 |
| 08/16/16 | Robert B. Winning | Analysis of conversion issues and meeting and call with Keats re same | 2.60 | 2,002.00 |
| 08/16/16 | Marjorie Arrington | Review liabilities re ED Attachment 5 | 5.00 | 2,500.00 |
| 08/16/16 | Michael B. Goldstein | Prepare for and participate in telephonic Bankruptcy Court hearing | 2.30 | 2,530.00 |

# Cooley

**Invoice Number: 1671024**
CL 01 17604

519664-101
General
DL19664.0001

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/16/16 | David E. Mills | Email with client re strategy; participate in hearing telephonically; review worksheets re ED calculations | 2.80 | 2,492.00 |
| 08/16/16 | Alyssa T Saunders | Prepare for and participate in conference with court; review board resolution re same | 1.30 | 936.00 |
| 08/16/16 | Jay R. Indyke | Attend meeting to discuss response to motion to convert to chapter 11 | .40 | 446.00 |
| 08/16/16 | Jay R. Indyke | Telephone call re objection to motion to convert | .70 | 780.50 |
| 08/17/16 | Robert B. Winning | Conference and telephone call re conversion; draft conversion motion and related research and analysis | 8.20 | 6,314.00 |
| 08/17/16 | Michael B. Goldstein | Preparation for and conference re Bankruptcy Court proceedings; emails re same | .90 | 990.00 |
| 08/17/16 | David E. Mills | Telephone conference with J. O'Toole; email and telephone conference with R. Keats; review proposed objection to motion to continue hearing on motion to convert; work on opposition to motion to convert per client instructions; communications with O'Toole re withdrawal of motion to convert; work on strategy | 2.80 | 2,492.00 |
| 08/17/16 | Jay Vaughan | Work on case updates and filings | .10 | 79.50 |
| 08/17/16 | Evan M. Lazerowitz | Research whether a corporation's illegal acts are ultra vires under Kentucky law; administrative dissolution of Kentucky corporations and conditions for reinstatement; bad faith in the context of converting chapter 7 to chapter 11 cases under the Bankruptcy Code; and whether administratively dissolved corporations can file for bankruptcy | 5.50 | 2,337.50 |
| 08/17/16 | Sarah A. Carnes | Research corporate v. individual debtor treatment under motion to convert under section 706; prepare case summaries of cases | 2.80 | 1,386.00 |

# Cooley

**Invoice Number: 1671024**
CL 01 17604

**519664-101**
**General**
**DL19664.0001**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/17/16 | Jay R. Indyke | Telephone call re issues on motion to convert and strategies | 1.00 | 1,115.00 |
| 08/18/16 | Robert B. Winning | Draft objection to conversion motion and conferences re same | 5.60 | 4,312.00 |
| 08/18/16 | David E. Mills | Conference re opposition to motion to convert and supply facts and arguments re ED issues | 1.60 | 1,424.00 |
| 08/18/16 | Evan M. Lazerowitz | Research re bad faith conversion motions; review and revise opposition to motion to convert | 3.40 | 1,445.00 |
| 08/18/16 | Jay R. Indyke | Review Decker, Inc. board resolution supporting motion to convert | .30 | 334.50 |
| 08/19/16 | Robert B. Winning | Draft objection to conversion motion and research re same | 6.20 | 4,774.00 |
| 08/19/16 | David E. Mills | Email re proposal from J. O'Toole and possible withdrawal of motion to convert; work on strategy; work on opposition to motion | 1.70 | 1,513.00 |
| 08/19/16 | Jay Vaughan | Work on motion to adjourn inquiry | 1.80 | 1,431.00 |
| 08/19/16 | Evan M. Lazerowitz | Research re corporation and organizational documents; meeting to discuss same | 1.70 | 722.50 |
| 08/19/16 | Jay R. Indyke | Conference re new financial issues and relationship of Decker entities | .20 | 223.00 |
| 08/19/16 | Jay R. Indyke | Review Trustee's revised draft objection to motion to convert | .40 | 446.00 |
| 08/19/16 | Jay R. Indyke | Review and comment on revised draft of objection to motion to convert | .60 | 669.00 |
| 08/19/16 | Jay R. Indyke | Conference re suggested revisions to objection to conversion motion and email re same | .20 | 223.00 |
| 08/19/16 | Jay R. Indyke | Review emails re posture to take on Decker's motion to adjourn conversion hearing | .20 | 223.00 |
| 08/19/16 | Jay R. Indyke | Email exchange re discussions with O'Toole on conversion motion | .20 | 223.00 |

# Cooley

Invoice Number: 1671024
CL 01 17604

**519664-101**
**General**
**DL19664.0001**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/19/16 | Jay R. Indyke | Review emails re objection to conversion motion and negotiations with movants | .40 | 446.00 |
| 08/20/16 | David E. Mills | Review proposed opposition language; work on strategy | 1.20 | 1,068.00 |
| 08/22/16 | Michael B. Goldstein | Telephone conference and emails re access to and management of documents relative to determination of estate claims against ED | .80 | 880.00 |
| 08/22/16 | David E. Mills | Telephone conference with R. Keats; work on issues re J. O'Toole proposal and request withdrawal of motion to convert; review file inventories for ED filings; review B. Weld email | 2.70 | 2,403.00 |
| 08/22/16 | Jay Vaughan | Work on litigation updates | .80 | 636.00 |
| 08/23/16 | David E. Mills | Review information from R. Keats; work on strategy re ED filings; follow-up re claims against Woodcox | 1.80 | 1,602.00 |
| 08/23/16 | Jay Vaughan | Work on case updates | .40 | 318.00 |
| 08/23/16 | Jay R. Indyke | Review email re discussion with R. Keats re attempt to convert | .20 | 223.00 |
| 08/24/16 | David E. Mills | Review update from R. Keats re meeting with J. O'Toole and J. Woodcox; work on strategy; follow-up with R. Keats re same | 2.10 | 1,869.00 |
| 08/25/16 | David E. Mills | Telephone conference with R. Keats; work on issues re J. O'Toole proposal and request withdrawal of motion to convert; review file inventories for ED filings; review B. Weld email | 1.50 | 1,335.00 |
| 08/26/16 | David E. Mills | Review report from client; provide advice re same; work on email to R. Keats | 1.50 | 1,335.00 |
| 08/26/16 | Jay Vaughan | Review hearing developments and materials re same | .50 | 397.50 |
| 08/30/16 | Marjorie Arrington | Review student data file funds received | 3.70 | 1,850.00 |

**Total Fees** **$88,513.50**

# Cooley

**Invoice Number: 1671024**
CL 01 17604

519664-101
General
DL19664.0001

**Fee Summary:**

| Timekeeper | Type | Rate | Hours | Total |
|---|---|---|---|---|
| Marjorie Arrington | Practice Group Professional | 500 | 15.70 | 7,850.00 |
| David E. Mills | Partner | 890 | 35.00 | 31,150.00 |
| Jay Vaughan | Partner | 795 | 4.70 | 3,736.50 |
| Jay R. Indyke | Partner | 1115 | 6.80 | 7,582.00 |
| Michael B. Goldstein | Senior Counsel | 1100 | 4.60 | 5,060.00 |
| Robert B. Winning | Associate | 770 | 29.90 | 23,023.00 |
| Alyssa T Saunders | Associate | 720 | 5.30 | 3,816.00 |
| Evan M. Lazerowitz | Associate | 425 | 10.60 | 4,505.00 |
| Sarah A. Carnes | Associate | 495 | 2.80 | 1,386.00 |
| Nicole B. Carroll | Paralegal | 225 | 1.80 | 405.00 |

**For costs and disbursements recorded through August 31, 2016 :**

| | |
|---|---|
| Air Fare<br>Traveler: J. VAUGHAN Departure Date: 7/21/2016 Itinerary: Louisville, KY-Washington, DC Airline: United | 287.60 |
| Air Fare<br>Traveler: D. MILLS Departure Date: 7/20/2016 Itinerary: Washington, DC-Louisville, KY-Washington, DC Airline: American Airlines | (697.39) |
| Air Fare<br>Traveler: M. GOLDSTEIN Departure Date: 7/20/2016 Itinerary: Washington, DC-Louisville, KY-Washington, DC Airline: American Airlines | (697.39) |
| Audio/Video Conferencing Services | 5.14 |
| Automobile Rental<br>Louisville, KY - Travel - July 19-21 DC-Indianapolis-Louisville-DC on 07/21/2016<br>Jay Vaughan | 111.29 |
| Hotels and Meals (Hotels)<br>Louisville, KY - Travel - July 19-21 DC-Indianapolis-Louisville-DC<br>07/20/2016-07/21/2016<br>Jay Vaughan | 335.45 |
| Hotels and Meals (Meals) | 40.85 |



**519664-101**
**General**
   **DL19664.0001**

Louisville, KY - Travel - July 19-21 DC-Indianapolis-Louisville-DC on 07/21/2016
Jay Vaughan

| | |
|---|---:|
| Meals | 41.00 |
| Mileage, Parking and Tolls | 6.23 |
| Travel - July 19-21 DC-Indianapolis-Louisville-DC on 07/21/2016<br>Jay Vaughan | 2.50 |
| Parking | 50.94 |
| Reproduction of Documents | 13.40 |
| **Total Costs** | **$(500.38)** |
| **Matter Total** | **$88,013.12** |
| **Total Due on All Matters** | **$88,013.12** |



ATTORNEYS AT LAW

101 California
5th floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA

San Diego, CA

Los Angeles, CA

Broomfield, CO

Seattle, WA

New York, NY

Reston, VA

Washington, DC

Boston, MA

Shanghai, P. R. China

London, United Kingdom

September 15, 2016

Robert W. Keats
Decker College, Inc., Debtor
Keats & Schwietz, PLLC
P.O. Box 221377
Louisville, KY 40252

**Invoice Number: 1671024**
CL 01 17604

# REMITTANCE ADVICE

## Please include this Remittance Advice with your payment

**For current services rendered through 8/31/2016-Invoice No. 1671024:**

| Client-Matter | | Fees | Costs | Total |
|---|---|---|---|---|
| 519664-101 | General | 88,513.50 | -500.38 | 88,013.12 |

**Total Due on Current Invoice** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$** **88,013.12**

**Cooley LLP**
101 California Street, 5th floor
San Francisco, CA 94111-5800

Tax ID# 94-1140085

**Payment may be made by wire transfer or ACH:**
Wells Fargo Bank - San Francisco, CA 94104
Account # 4129155206  ABA Routing # 121000248  Swift # WFBIUS6S
**When making electronic payments please provide invoice number(s)
and send remittance advice to AR@cooley.com**

Invoices are due and payable upon receipt. Any unpaid balance after 30 days may
accrue late charges.



ATTORNEYS AT LAW

101 California
5th floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA

San Diego, CA

Los Angeles, CA

Broomfield, CO

Seattle, WA

New York, NY

Reston, VA

Washington, DC

Boston, MA

Shanghai, P. R. China

London, United Kingdom

October 19, 2016

Robert W. Keats
Decker College, Inc., Debtor
Keats & Schwietz, PLLC
P.O. Box 221377
Louisville, KY 40252

**Invoice Number: 1686461**
CL 01 17604

0519664-MAIN

*For services rendered through September 30, 2016*

Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$       45,324.00

Chargeable costs and disbursements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$          439.25

**Total Due on Current Invoice** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$       **45,763.25**

# Cooley

**Invoice Number:  1686461**
CL 01 17604

**519664-101**
**General**
**DL19664.0001**

**For services rendered through September 30, 2016**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/03/16 | Michael B. Goldstein | Email exchange re issues before bankruptcy court | .70 | 770.00 |
| 08/04/16 | Michael B. Goldstein | Conference re proceedings | .80 | 880.00 |
| 08/08/16 | Michael B. Goldstein | Work on preparation for hearing | .90 | 990.00 |
| 08/09/16 | Michael B. Goldstein | Emails, conference, preparation for hearing | 1.10 | 1,210.00 |
| 08/10/16 | Michael B. Goldstein | Conference re petition to convert; emails re same | 1.30 | 1,430.00 |
| 08/11/16 | Michael B. Goldstein | Conference re petition to convert; emails re same | .90 | 990.00 |
| 08/13/16 | Michael B. Goldstein | Emails re petition to convert | .90 | 990.00 |
| 08/18/16 | Michael B. Goldstein | Conference re petition; review materials re same | .50 | 550.00 |
| 08/23/16 | Michael B. Goldstein | Telephone conference with trustee re notes to file; conferences re same | 1.20 | 1,320.00 |
| 08/30/16 | Michael B. Goldstein | Email exchange re proposal by putative Decker Inc directors | .60 | 660.00 |
| 09/01/16 | David E. Mills | Work on strategy and plan for next steps with ED and DOJ | .80 | 712.00 |
| 09/02/16 | Michael B. Goldstein | Review exchanges among trustee and former executives; email exchange re same | .70 | 770.00 |
| 09/02/16 | David E. Mills | Review agreement proposed by counsel for J. Woodcox re authority over settlement with ED and DOJ; address same and work on strategy | 1.50 | 1,335.00 |
| 09/02/16 | Jay Vaughan | Review Decker proposal re ongoing participation | .20 | 159.00 |
| 09/06/16 | Robert B. Winning | Analysis re stipulation of debtor re conversion motion | .90 | 693.00 |
| 09/06/16 | Michael B. Goldstein | Review materials; email exchange re providing trustee with information | .60 | 660.00 |

# Cooley

**519664-101**
**General**
**DL19664.0001**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/06/16 | David E. Mills | Review additional edits proposed by R. Keats; edit document and provide to client with explanation and advice | 1.70 | 1,513.00 |
| 09/06/16 | Jay Vaughan | Review proposed settlement agreement | .30 | 238.50 |
| 09/06/16 | Evan M. Lazerowitz | Research re standards for conversion of case | 1.10 | 467.50 |
| 09/06/16 | Jay R. Indyke | Review email re draft agreement between Trustee and equity holders on governance | .30 | 334.50 |
| 09/06/16 | Jay R. Indyke | Review initial proposal by equity holders re agreement on consultant and respond re same | .30 | 334.50 |
| 09/07/16 | David E. Mills | Review and revise proposed agreement with J. O'Toole and his clients; advise R. Keats re same | 1.70 | 1,513.00 |
| 09/08/16 | David E. Mills | Work on agreement and circulate for comment | 1.70 | 1,513.00 |
| 09/09/16 | David E. Mills | Work on proposed agreement and integrate comments; send same to client with explanation and advice | 2.40 | 2,136.00 |
| 09/09/16 | Jay Vaughan | Work on proposed agreement and review materials re same | .30 | 238.50 |
| 09/09/16 | Nicole B. Carroll | Correspondence re reinstatement application | .10 | 22.50 |
| 09/12/16 | David E. Mills | Review re-draft of agreement from R. Keats and edit same | 1.30 | 1,157.00 |
| 09/12/16 | Jay Vaughan | Work on updated cooperation agreement | .30 | 238.50 |
| 09/13/16 | David E. Mills | Review email from R. Keats re final revisions of proposed agreement; edit and return to client; review email response from counsel for investors | 1.80 | 1,602.00 |
| 09/14/16 | Marjorie Arrington | Review summary of receivables | .40 | 200.00 |
| 09/14/16 | David E. Mills | Review email and summary of claims provided by counsel for J. Woodcox and Decker, Inc. and work on analysis re same | 1.70 | 1,513.00 |
| 09/14/16 | Jay Vaughan | Review settlement updates | .30 | 238.50 |

# Cooley

**Invoice Number: 1686461**
CL 01 17604

**519664-101**
**General**
**DL19664.0001**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/15/16 | Marjorie Arrington | Review supporting documentation re items in receivable summary; discuss same | 2.10 | 1,050.00 |
| 09/15/16 | Naomi Harralson May | Review summary of receivables due Decker College from ED; research and discuss bond and letter of credit issues | 1.60 | 808.00 |
| 09/15/16 | Jay Vaughan | Work on review of receivable amounts | 1.00 | 795.00 |
| 09/15/16 | Nicole B. Carroll | Review case files | .30 | 67.50 |
| 09/16/16 | David E. Mills | Exchange emails with client re strategy | .90 | 801.00 |
| 09/20/16 | David E. Mills | Review new proposed common interest agreement; work on revisions to same | 1.60 | 1,424.00 |
| 09/22/16 | David E. Mills | Work on strategy and address efforts by shareholders to influence or control ED negotiations | 1.30 | 1,157.00 |
| 09/26/16 | David E. Mills | Work on agreement for client and review email and documents re same | 1.30 | 1,157.00 |
| 09/27/16 | David E. Mills | Revise and send common interest agreement with explanation to client; email re strategy | 2.10 | 1,869.00 |
| 09/28/16 | David E. Mills | Review R. Keats email re meeting with J. Woodcox; address possible obligations; work on strategy; exchange email with R. Keats | 3.30 | 2,937.00 |
| 09/28/16 | Jay Vaughan | Work on close-out audit requirements | .30 | 238.50 |
| 09/29/16 | Marjorie Arrington | Conference re summary of liabilities calculated by J. Wilcox; preparation re same | 1.30 | 650.00 |
| 09/29/16 | David E. Mills | Review liability calculations and interest calculations provided by J. Woodcox; telephone conference with R. Keats | 1.90 | 1,691.00 |
| 09/30/16 | David E. Mills | Exchange email with R. Keats re latest attempt by shareholders to wrest control of ED negotiation from Trustee; email re common interest agreement | 2.10 | 1,869.00 |

**Total Fees**                                                                        **$43,893.00**

# Cooley

**Invoice Number: 1686461**
CL 01 17604

**519664-101**
**General**
   **DL19664.0001**

## Fee Summary:

| Timekeeper | Type | Rate | Hours | Total |
|---|---|---|---|---|
| Marjorie Arrington | Practice Group Professional | 500 | 3.80 | 1,900.00 |
| David E. Mills | Partner | 890 | 29.10 | 25,899.00 |
| Jay Vaughan | Partner | 795 | 2.70 | 2,146.50 |
| Jay R. Indyke | Partner | 1115 | .60 | 669.00 |
| Michael B. Goldstein | Senior Counsel | 1100 | 10.20 | 11,220.00 |
| Robert B. Winning | Associate | 770 | .90 | 693.00 |
| Naomi Harralson May | Associate | 505 | 1.60 | 808.00 |
| Evan M. Lazerowitz | Associate | 425 | 1.10 | 467.50 |
| Nicole B. Carroll | Paralegal | 225 | .40 | 90.00 |

**For costs and disbursements recorded through September 30, 2016 :**

| | |
|---|---|
| Additional Services | 137.87 |
| Reproduction of Documents | 1.80 |
| Research Database / Document Retrieval | 262.20 |
| Taxi | 37.38 |
| **Total Costs** | **$439.25** |
| **Matter Total** | **$44,332.25** |

# Cooley

**Invoice Number: 1686461**
CL 01 17604

**519664-201**
**COE Litigation**
**DL19664.0002**

**For services rendered through September 30, 2016**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/07/16 | Robert B. Winning | Analysis of potential stip with Decker Inc. and meeting re same | .70 | 539.00 |
| 09/09/16 | Jay R. Indyke | Review email discourse re settlement agreement issues | .30 | 334.50 |
| 09/09/16 | Jay R. Indyke | Review revised settlement agreement re consultant rights and email re same | .40 | 446.00 |
| 09/30/16 | Jay R. Indyke | Email exchange re language in common interest agreement with shareholders | .10 | 111.50 |

**Total Fees**                                                      **$1,431.00**

**Fee Summary:**

| Timekeeper | Type | Rate | Hours | Total |
|-----------|------|------|-------|-------|
| Jay R. Indyke | Partner | 1115 | .80 | 892.00 |
| Robert B. Winning | Associate | 770 | .70 | 539.00 |

**Matter Total**                                                   **$1,431.00**

**Total Due on All Matters**                                       **$45,763.25**



ATTORNEYS AT LAW

101 California
5th floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA

San Diego, CA

Los Angeles, CA

Broomfield, CO

Seattle, WA

New York, NY

Reston, VA

Washington, DC

Boston, MA

Shanghai, P. R. China

London, United Kingdom

October 19, 2016

Robert W. Keats
Decker College, Inc., Debtor
Keats & Schwietz, PLLC
P.O. Box 221377
Louisville, KY 40252

**Invoice Number: 1686461**
CL 01 17604

# REMITTANCE ADVICE

## Please include this Remittance Advice with your payment

**For current services rendered through 9/30/2016-Invoice No. 1686461:**

| Client-Matter | | Fees | Costs | Total |
|---|---|---|---|---|
| 519664-101 | General | 43,893.00 | 439.25 | 44,332.25 |
| 519664-201 | COE Litigation | 1,431.00 | 0.00 | 1,431.00 |

**Total Due on Current Invoice** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **45,763.25**

**Cooley LLP**
101 California Street, 5th floor
San Francisco, CA 94111-5800

Tax ID# 94-1140085

**Payment may be made by wire transfer or ACH:**
Wells Fargo Bank - San Francisco, CA 94104
Account # 4129155206  ABA Routing # 121000248  Swift # WFBIUS6S
**When making electronic payments please provide invoice number(s)
and send remittance advice to AR@cooley.com**

Invoices are due and payable upon receipt. Any unpaid balance after 30 days may
accrue late charges.



November 12, 2016

Robert W. Keats
Decker College, Inc., Debtor
Keats & Schwietz, PLLC
P.O. Box 221377
Louisville, KY 40252

ATTORNEYS AT LAW

101 California
5th floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA

San Diego, CA

Los Angeles, CA

Broomfield, CO

Seattle, WA

New York, NY

Reston, VA

Washington, DC

Boston, MA

Shanghai, P. R. China

London, United Kingdom

**Invoice Number: 1694833**
CL 01 17604

0519664-MAIN

*For services rendered through October 31, 2016*

| | |
|---|---:|
| Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 6,052.00 |
| Chargeable costs and disbursements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 259.60 |
| **Total Due on Current Invoice** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | **6,311.60** |



**Invoice Number: 1694833**
CL 01 17604

519664-101
General
  DL19664.0001

**For services rendered through October 31, 2016 :**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/01/16 | David E. Mills | Review email and details of work to be done with ED from R. Keats and respond to same | .50 | 445.00 |
| 10/04/16 | David E. Mills | Review email from J. Woodcox re documents and negotiation with ED; prepare response re same | .90 | 801.00 |
| 10/04/16 | Jay Vaughan | Work on litigation update | .10 | 79.50 |
| 10/05/16 | David E. Mills | Review and respond to email with R. Keats | .40 | 356.00 |
| 10/10/16 | David E. Mills | Review email from J. Woodcox re seeking judicial review of ED's actions | .40 | 356.00 |
| 10/27/16 | David E. Mills | Review email from R. Keats re email form J. O'Toole on new theory for FTCA claim and prepare response to same | .80 | 712.00 |
| 10/31/16 | Jane L. van Benten | Review potential FTCA claims suggested by J. O'Toole | 1.30 | 552.50 |

**Total Fees**                                                      **$3,302.00**

**Fee Summary:**

| Timekeeper | Type | Rate | Hours | Total |
|-----------|------|------|-------|-------|
| David E. Mills | Partner | 890 | 3.00 | 2,670.00 |
| Jay Vaughan | Partner | 795 | .10 | 79.50 |
| Jane L. van Benten | Associate | 425 | 1.30 | 552.50 |

**For costs and disbursements recorded through October 31, 2016 :**

| | |
|---|---|
| Reproduction of Documents | 3.60 |

**Total Costs**                                                      **$3.60**

# Cooley

Invoice Number:  1694833
CL 01 17604

**519664-101**
**General**
   **DL19664.0001**

**Matter Total**                                                      **$3,305.60**

# Cooley

**Invoice Number:  1694833**
CL 01 17604

**519664-201**
**COE Litigation**
  **DL19664.0002**

**For services rendered through October 31, 2016 :**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/30/16 | Michael B. Goldstein | Emails, conference, review materials re common interest agreement | 1.10 | 1,210.00 |
| 10/01/16 | Michael B. Goldstein | Email exchange re Woodcox and common interest agreement | .60 | 660.00 |
| 10/10/16 | Michael B. Goldstein | Email exchange and conference re status of proceedings and whether bankruptcy court can act unilaterally | .80 | 880.00 |

**Total Fees** **$2,750.00**

**Fee Summary:**

| Timekeeper | Type | Rate | Hours | Total |
|------------|------|------|-------|-------|
| Michael B. Goldstein | Senior Counsel | 1100 | 2.50 | 2,750.00 |

**For costs and disbursements recorded through October 31, 2016 :**

| | |
|---|---|
| Research Database / Document Retrieval | 256.00 |
| **Total Costs** | **$256.00** |
| **Matter Total** | **$3,006.00** |
| **Total Due on All Matters** | **$6,311.60** |



ATTORNEYS AT LAW

Palo Alto, CA

San Diego, CA

101 California
5th floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

Los Angeles, CA

Broomfield, CO

Seattle, WA

New York, NY

Reston, VA

Washington, DC

www.cooley.com

Boston, MA

Taxpayer ID Number
94-1140085

Shanghai, P. R. China

London, United Kingdom

November 12, 2016

Robert W. Keats
Decker College, Inc., Debtor
Keats & Schwietz, PLLC
P.O. Box 221377
Louisville, KY 40252

**Invoice Number: 1694833**
CL 01 17604

## REMITTANCE ADVICE

### Please include this Remittance Advice with your payment

**For current services rendered through 10/31/2016-Invoice No. 1694833:**

| Client-Matter | | Fees | Costs | Total |
|---|---|---|---|---|
| 519664-101 | General | 3,302.00 | 3.60 | 3,305.60 |
| 519664-201 | COE Litigation | 2,750.00 | 256.00 | 3,006.00 |

**Total Due on Current Invoice** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$**     **6,311.60**

### Cooley LLP
101 California Street, 5th floor
San Francisco, CA 94111-5800

Tax ID# 94-1140085

**Payment may be made by wire transfer or ACH:**
Wells Fargo Bank - San Francisco, CA 94104
Account # 4129155206  ABA Routing # 121000248  Swift # WFBIUS6S
**When making electronic payments please provide invoice number(s)
and send remittance advice to AR@cooley.com**

Invoices are due and payable upon receipt. Any unpaid balance after 30 days may
accrue late charges.



Cooley

ATTORNEYS AT LAW

101 California
5th floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
San Diego, CA
Los Angeles, CA
Broomfield, CO
Seattle, WA
New York, NY
Reston, VA
Washington, DC
Boston, MA
Shanghai, P. R. China
London, United Kingdom

December 10, 2016

Robert W. Keats
Decker College, Inc., Debtor
Keats & Schwietz, PLLC
P.O. Box 221377
Louisville,  KY  40252

**Invoice Number:  1705825**
CL 01 17604

0519664-MAIN

*For services rendered through November 30, 2016*

Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$      144,637.50

Chargeable costs and disbursements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$           73.40

**Total Due on Current Invoice** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$      **144,710.90**

# Cooley

**Invoice Number: 1705825**
CL 01 17604

519664-101
General
DL19664.0001

**For services rendered through November 30, 2016**

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 11/01/16 | David E. Mills | Work on response to J. O'Toole re claims against ED and related matters; work on ED issues | 1.80 | 1,602.00 |
| 11/01/16 | Alyssa T Saunders | Analyze possible claims against ED | .60 | 432.00 |
| 11/01/16 | Jane L. van Benten | Research and memorialize viability of additional claims under the FTCA | 5.50 | 2,337.50 |
| 11/02/16 | Michael B. Goldstein | Review status of litigation and potential changes with US Attorney; conference re sane | 1.30 | 1,430.00 |
| 11/02/16 | David E. Mills | Exchange emails with client re strategy and claims; provide analysis of claims to R. Keats | 1.90 | 1,691.00 |
| 11/02/16 | Jay Vaughan | Work on litigation update | .40 | 318.00 |
| 11/03/16 | Marjorie Arrington | Review decision by ED Secretary re FPRD appeal; conference re same | .50 | 250.00 |
| 11/03/16 | Blain B. Butner | Review Secretary's decision and conference re strategy | .50 | 440.00 |
| 11/03/16 | Michael B. Goldstein | Review Secretary's decision; conferences, emails and telephone conferences re same | 2.70 | 2,970.00 |
| 11/03/16 | David E. Mills | Review Secretary of Education decision affirming Judge Layton's decision in favor of Decker; send same to client with analysis; work on strategy for next steps | 2.40 | 2,136.00 |
| 11/03/16 | Jay Vaughan | Review Secretary's decision and work on next steps | 2.00 | 1,590.00 |
| 11/04/16 | Marjorie Arrington | Review ED Secretary decision re FPRD; conference re same | .30 | 150.00 |
| 11/04/16 | Michael B. Goldstein | Finalize trustee's statement; prepare for and participate in conference call re strategy | 1.80 | 1,980.00 |
| 11/04/16 | David E. Mills | Work on strategy; telephone conference with R. Keats re same; review filing in court re Secretary of Education decision; review statement for client | 2.50 | 2,225.00 |

# Cooley

**Invoice Number: 1705825**
CL 01 17604

**519664-101**
**General**
   **DL19664.0001**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/04/16 | Jay Vaughan | Work on case developments and strategic following administrative developments | .20 | 159.00 |
| 11/04/16 | Nicole B. Carroll | Conference re e-filing system | .20 | 45.00 |
| 11/07/16 | Michael B. Goldstein | Review motions; conference and email exchanges re same | 2.00 | 2,200.00 |
| 11/07/16 | David E. Mills | Work on filings in bankruptcy court re ED decision; work on motion to lift stay and objection to ED roof of claim | 2.40 | 2,136.00 |
| 11/07/16 | Jane L. van Benten | Research law on final agency decisions | 1.20 | 510.00 |
| 11/08/16 | Michael B. Goldstein | Work on objections and motions; emails and conferences re same | 1.40 | 1,540.00 |
| 11/08/16 | David E. Mills | Review notice from court re hearing; work on filings in bankruptcy court re ED decision and objection to ED's proof of claim; exchange email with client re same | 2.30 | 2,047.00 |
| 11/08/16 | Jay Vaughan | Work on litigation updates | .60 | 477.00 |
| 11/09/16 | Michael B. Goldstein | Review documents re filings; conferences and emails re same | .70 | 770.00 |
| 11/09/16 | David E. Mills | Review and revise renewed motion to lift stay; work on strategy for hearing and possible resolution of claims | 1.40 | 1,246.00 |
| 11/10/16 | Michael B. Goldstein | Review materials; conference in preparation for hearing | 1.30 | 1,430.00 |
| 11/11/16 | Michael B. Goldstein | Review materials re ED decision; follow-up re issues | .80 | 880.00 |
| 11/12/16 | Michael B. Goldstein | Provide copies of decision with annotations | .50 | 550.00 |
| 11/14/16 | Michael B. Goldstein | Conferences and email exchanges re proceeding with case | 2.10 | 2,310.00 |
| 11/14/16 | David E. Mills | Exchange email with client and work on strategy for hearing and possible resolution of claims | 1.60 | 1,424.00 |
| 11/15/16 | Michael B. Goldstein | Conference re financing for necessary accounting work; emails re same | .80 | 880.00 |
| 11/15/16 | David E. Mills | Work on analysis and strategy re claims | 1.30 | 1,157.00 |

# Cooley

**Invoice Number: 1705825**
CL 01 17604

**519664-101**
**General**
**DL19664.0001**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/16/16 | Michael B. Goldstein | Conference re valuation of loss issues; email exchanges re same | .80 | 880.00 |
| 11/16/16 | David E. Mills | Telephone conference with client re strategy for hearing and possible settlement negotiations with ED; work on analysis | 1.70 | 1,513.00 |
| 11/17/16 | Marjorie Arrington | Review reimbursement submissions and student enrollment list(s) | 6.70 | 3,350.00 |
| 11/17/16 | David E. Mills | Work on strategy for hearing and settlement negotiations with ED | 1.10 | 979.00 |
| 11/18/16 | Bonnie M. Nelson | Research court docket and prepare selected documents | .50 | 172.50 |
| 11/18/16 | Marjorie Arrington | Review reimbursement submissions and student enrollment list(s) | 4.50 | 2,250.00 |
| 11/18/16 | Michael B. Goldstein | Review materials in preparation for hearing | 3.20 | 3,520.00 |
| 11/18/16 | David E. Mills | Work on analysis; telephone conference to prepare for hearing; review filings | 1.60 | 1,424.00 |
| 11/20/16 | Michael B. Goldstein | Review pleadings | 1.50 | 1,650.00 |
| 11/20/16 | David E. Mills | Prepare for hearing and review filings; work on settlement strategy | 2.20 | 1,958.00 |
| 11/21/16 | Marjorie Arrington | Review tuition charge and anticipated disbursements | 8.60 | 4,300.00 |
| 11/21/16 | Michael B. Goldstein | Preparation for and meeting with client; attend bankruptcy proceeding and mediation; conference re further actions | 6.40 | 7,040.00 |
| 11/21/16 | David E. Mills | Meeting with R. Keats re preparation for hearing; participate in hearing in bankruptcy court re proof of claim by ED and adverse action against COE; participate in court-mandated meetings with ED and COE re possible mediation; conferences with client and others re possible settlement; work on requests for COE re financial background; follow-up re possible strategy for resolution of claims | 6.50 | 5,785.00 |
| 11/21/16 | Jay Vaughan | Work on litigation updates | .20 | 159.00 |

# Cooley

**Invoice Number:  1705825**
CL 01 17604

**519664-101**
**General**
  **DL19664.0001**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/22/16 | Michael B. Goldstein | Discussions, conference, emails and telephone conferences re proceeding, further strategy | 2.70 | 2,970.00 |
| 11/22/16 | Naomi Harralson May | Analyze potential arguments for limitation of ED's claimed offset based on closed school loan discharges; research statutory and regulatory history re closed school loan discharges and draft summary re same | 6.20 | 3,131.00 |
| 11/22/16 | David E. Mills | Work on calculations and follow-up re possible resolution of claims; work on strategy; work on CSD liability issues | 2.80 | 2,492.00 |
| 11/22/16 | Jay Vaughan | Work on litigation developments and requests for reimbursement | 2.70 | 2,146.50 |
| 11/22/16 | Nicole B. Carroll | Research Decker closure dates in ED database; research loan discharge documents | .50 | 112.50 |
| 11/22/16 | Katherine A. Lee Carey | Research closed school discharge statutory authority for Direct Loan and FFEL programs | 1.40 | 1,036.00 |
| 11/22/16 | Jay R. Indyke | Review email re ED claim and setoff issues and draft response requesting proof of claim | .20 | 223.00 |
| 11/23/16 | Naomi Harralson May | Research statutory and regulatory history of closed school loan discharges and draft summaries same; analyze potential arguments in opposition to ED's closed school discharge claims in bankruptcy court | 8.80 | 4,444.00 |
| 11/23/16 | David E. Mills | Work on settlement calculations and analysis; work on proof of claim, CSD issues and settlement analysis | 1.80 | 1,602.00 |
| 11/23/16 | Jay Vaughan | Work on proof of claim developments | .80 | 636.00 |
| 11/28/16 | Blain B. Butner | Work on issues re taxability of student loan forgiveness | .40 | 352.00 |

# Cooley

**Invoice Number: 1705825**
CL 01 17604

**519664-101**
**General**
**DL19664.0001**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/28/16 | Naomi Harralson May | Research ED administrative case law re closed school discharges; research state law re statutes of limitations on breach of contract actions; analyze final program review determinations and closeout audit liability determinations to identify arguments contesting ED proof of claim amendment re closed school discharges | 3.70 | 1,868.50 |
| 11/28/16 | John B Hoover | Research tax treatment of loan discharge under borrower defense to repayment | 1.00 | 705.00 |
| 11/28/16 | David E. Mills | Exchange email with AUSA J. Malloy re spreadsheets; meeting to review reimbursement issues and strategy; review documents and information re COE assets and financial condition | 3.30 | 2,937.00 |
| 11/28/16 | Jay Vaughan | Work on request for information | 3.40 | 2,703.00 |
| 11/29/16 | Naomi Harralson May | Research potential state law arguments re limits on ED's ability to file amended proof of claim for closed school discharges; draft summary of findings re closed school discharges; prepare for and participate in conference call to discuss same | 3.80 | 1,919.00 |
| 11/29/16 | John B Hoover | Research tax treatment of cancellation of indebtedness | .30 | 211.50 |
| 11/29/16 | David E. Mills | Review research re closed school discharge claims and work on analysis of possible claim by ED against Decker; review additional information re COE's financial condition; meeting to discuss strategy | 2.80 | 2,492.00 |
| 11/29/16 | Jay Vaughan | Work on CSD inquiries | 1.20 | 954.00 |
| 11/29/16 | Nicole B. Carroll | Research 2006 state regulations | .20 | 45.00 |
| 11/30/16 | Naomi Harralson May | Attend conference call with bankruptcy attorneys re ED closed school discharge claim and revise summary re same; research bankruptcy case law re closed school discharges | 2.30 | 1,161.50 |

# Cooley

**Invoice Number:  1705825**
CL 01 17604

**519664-101**
**General**
**DL19664.0001**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/30/16 | David E. Mills | Telephone conference with J. Indyke and R. Winning re analysis of bankruptcy issues as related to ED claims and set-off rights; review cases re same; work on strategy for possible resolution of claims with COE and ED; telephone conference with R. Keats re update and strategy; review orders issued in bankruptcy court | 3.30 | 2,937.00 |
| 11/30/16 | Jay Vaughan | Work on litigation and claim developments | .30 | 238.50 |

**Total Fees**      **$111,610.00**

**Fee Summary:**

| Timekeeper | Type | Rate | Hours | Total |
|------------|------|------|-------|-------|
| Marjorie Arrington | Practice Group Professional | 500 | 20.60 | 10,300.00 |
| Blain B. Butner | Partner | 880 | .90 | 792.00 |
| David E. Mills | Partner | 890 | 44.70 | 39,783.00 |
| Jay Vaughan | Partner | 795 | 11.80 | 9,381.00 |
| Jay R. Indyke | Partner | 1115 | .20 | 223.00 |
| Michael B. Goldstein | Senior Counsel | 1100 | 30.00 | 33,000.00 |
| John B Hoover | Special Counsel | 705 | 1.30 | 916.50 |
| Katherine A. Lee Carey | Special Counsel | 740 | 1.40 | 1,036.00 |
| Naomi Harralson May | Associate | 505 | 24.80 | 12,524.00 |
| Alyssa T Saunders | Associate | 720 | .60 | 432.00 |
| Jane L. van Benten | Associate | 425 | 6.70 | 2,847.50 |
| Bonnie M. Nelson | Paralegal | 345 | .50 | 172.50 |
| Nicole B. Carroll | Paralegal | 225 | .90 | 202.50 |

**For costs and disbursements recorded through November 30, 2016 :**

| | |
|---|---|
| Reproduction of Documents | 63.60 |
| Research Database / Document Retrieval | 9.80 |
| **Total Costs** | **$73.40** |

# Cooley

**519664-101**
**General**
  **DL19664.0001**

**Matter Total**                                                      ·**$111,683.40**

# Cooley

**Invoice Number: 1705825**
CL 01 17604

**519664-201**
**COE Litigation**
  **DL19664.0002**

**For services rendered through November 30, 2016**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/15/16 | Nicole B. Carroll | Review electronic files for COE complaint | .30 | 67.50 |
| 11/16/16 | Nicole B. Carroll | Review electronic files for COE documents | .30 | 67.50 |
| 11/22/16 | Jay R. Indyke | Email correspondence re DOE claim issues | .20 | 223.00 |
| 11/23/16 | Michael B. Goldstein | Emails, conferences, review materials re COE settlement and ED issues | 2.30 | 2,530.00 |
| 11/23/16 | Katherine A. Lee Carey | Research statute of limitations re recoupment under closed school discharge; review ED policies re same | .70 | 518.00 |
| 11/23/16 | Jay R. Indyke | Review backups re DOE proof of claim | .20 | 223.00 |
| 11/23/16 | Jay R. Indyke | Emails re nature of CSD payments and explore whether these are valid claims | .50 | 557.50 |
| 11/24/16 | Michael B. Goldstein | Work on analysis of COE, ED positions; emails re same | 1.20 | 1,320.00 |
| 11/25/16 | Michael B. Goldstein | Work on COE, ED issues re settlement, reimbursement claims and setup issues; emails re same | 2.30 | 2,530.00 |
| 11/28/16 | Michael B. Goldstein | Emails and conferences re backup information on ED matter, submissions to DOJ and ED; work on negotiations with COE; review COE 990 information | 2.40 | 2,640.00 |
| 11/28/16 | Michael B. Goldstein | Work on settlement and ED offset issues | 1.60 | 1,760.00 |
| 11/28/16 | Katherine A. Lee Carey | Discuss state law claims underlying assignment of refund provisions | .80 | 592.00 |
| 11/28/16 | Jay R. Indyke | Review and respond to analysis re settlement discussions and ED | .30 | 334.50 |

# Cooley

**519664-201**
**COE Litigation**
   **DL19664.0002**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/28/16 | Melissa H. Boyd | Telephone calls and emails re research projects; research closed school discharges in bankruptcy and non-bankruptcy context; draft case notes and summary of findings; research mutuality requirement of setoff, and amending proofs of claim and relating back requirements | 4.70 | 2,961.00 |
| 11/28/16 | Melissa H. Boyd | Review and analyze cases re standard for amending claims and mutuality in setoff where claims are assigned | 2.80 | 1,764.00 |
| 11/29/16 | Robert B. Winning | Analysis of DOE setoff issue and meeting re same | .90 | 693.00 |
| 11/29/16 | Michael B. Goldstein | Work on CSD and settlement issues; conference, emails and telephone conference re same | 3.20 | 3,520.00 |
| 11/29/16 | Jay R. Indyke | Work on follow-up presentation re setoff and equitable subordination issues | 1.10 | 1,226.50 |
| 11/29/16 | Jay R. Indyke | Email re scheduling call on equitable subordination and setoff issues and on ED claim "rejection" | .20 | 223.00 |
| 11/29/16 | Jay R. Indyke | Review email re ED claim history | .10 | 111.50 |
| 11/29/16 | Melissa H. Boyd | Draft memo analyzing amending claims and challenging setoff (on equitable and mutuality grounds) | 2.50 | 1,575.00 |
| 11/29/16 | Melissa H. Boyd | Telephone calls and emails re research; edit memo to include equitable subordination argument and extended discussion of challenging setoff on grounds besides inequitable conduct | 2.00 | 1,260.00 |
| 11/30/16 | Robert B. Winning | Analysis of CSD claim issue, telephone call re same; follow-up email memorandum re same | 4.20 | 3,234.00 |
| 11/30/16 | Michael B. Goldstein | Conferences, emails re negotiations, strategy re settlement and recoveries | 1.70 | 1,870.00 |
| 11/30/16 | Jay R. Indyke | Telephone call re ED and COE claims, setoff and equitable subordination | .90 | 1,003.50 |

# Cooley

**Invoice Number:  1705825**
CL 01 17604

**519664-201**
**COE Litigation**
  **DL19664.0002**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/30/16 | Jay R. Indyke | Telephone call re open items on COE and ED claims | .20 | 223.00 |

**Total Fees** **$33,027.50**

**Fee Summary:**

| Timekeeper | Type | Rate | Hours | Total |
|-----------|------|------|-------|-------|
| Jay R. Indyke | Partner | 1115 | 3.70 | 4,125.50 |
| Michael B. Goldstein | Senior Counsel | 1100 | 14.70 | 16,170.00 |
| Katherine A. Lee Carey | Special Counsel | 740 | 1.50 | 1,110.00 |
| Robert B. Winning | Associate | 770 | 5.10 | 3,927.00 |
| Melissa H. Boyd | Associate | 630 | 12.00 | 7,560.00 |
| Nicole B. Carroll | Paralegal | 225 | .60 | 135.00 |

**Matter Total** **$33,027.50**

**Total Due on All Matters** **$144,710.90**



ATTORNEYS AT LAW

101 California
5th floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA

San Diego, CA

Los Angeles, CA

Broomfield, CO

Seattle, WA

New York, NY

Reston, VA

Washington, DC

Boston, MA

Shanghai, P. R. China

London, United Kingdom

December 10, 2016

Robert W. Keats
Decker College, Inc., Debtor
Keats & Schwietz, PLLC
P.O. Box 221377
Louisville, KY 40252

**Invoice Number: 1705825**
CL 01 17604

# R E M I T T A N C E   A D V I C E

## Please include this Remittance Advice with your payment

**For current services rendered through 11/30/2016-Invoice No. 1705825:**

| Client-Matter | | Fees | Costs | Total |
|---|---|---|---|---|
| 519664-101 | General | 111,610.00 | 73.40 | 111,683.40 |
| 519664-201 | COE Litigation | 33,027.50 | 0.00 | 33,027.50 |

**Total Due on Current Invoice** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$**    **144,710.90**

**Cooley LLP**
101 California Street, 5th floor
San Francisco, CA 94111-5800

Tax ID# 94-1140085

**Payment may be made by wire transfer or ACH:**
Wells Fargo Bank - San Francisco, CA 94104
Account # 4129155206  ABA Routing # 121000248  Swift # WFBIUS6S
**When making electronic payments please provide invoice number(s)
and send remittance advice to AR@cooley.com**

Invoices are due and payable upon receipt. Any unpaid balance after 30 days may
accrue late charges.

# Cooley

ATTORNEYS AT LAW

101 California
5th floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
San Diego, CA
Los Angeles, CA
Broomfield, CO
Seattle, WA
New York, NY
Reston, VA
Washington, DC
Boston, MA
Shanghai, P. R. China
London, United Kingdom

January 13, 2017

Robert W. Keats
Decker College, Inc., Debtor
Keats & Schwietz, PLLC
P.O. Box 221377
Louisville, KY 40252

**Invoice Number: 1713651**
CL 01 17604

0519664-MAIN

*For services rendered through December 31, 2016*

| | | |
|---|---|---|
| Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | | 63,579.50 |
| Chargeable costs and disbursements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | | 863.34 |
| **Total Due on Current Invoice** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | | **64,442.84** |

# Cooley

Invoice Number:  1713651
CL 01 17604

519664-101
General
DL19664.0001

**For services rendered through December 31, 2016**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/01/16 | Robert B. Winning | Meeting re CSD claims analysis | .40 | 308.00 |
| 12/01/16 | Michael B. Goldstein | Email exchange re ED assertion of further claims; review documents re same | .80 | 880.00 |
| 12/01/16 | David E. Mills | Review analysis of government's closed school discharge claims | 1.30 | 1,157.00 |
| 12/01/16 | Jay R. Indyke | Email re analysis CSD claims | .30 | 334.50 |
| 12/01/16 | Jay R. Indyke | Telephone call re tests re pre and post potential claim analysis | .20 | 223.00 |
| 12/01/16 | Jay R. Indyke | Review material re priority position of potential post-petition CSD claims in Chapter 7 | .30 | 334.50 |
| 12/02/16 | Michael B. Goldstein | Review calculations of sums due from ED relative to ED claims; emails re same; conference re bar issues | 1.10 | 1,210.00 |
| 12/02/16 | Naomi Harralson May | Review analysis of ED's ability to file bankruptcy post-petition claim re closed school discharge; analyze closed school loan discharge data re same | .40 | 202.00 |
| 12/02/16 | David E. Mills | Emails with AUSA J. Malloy re status of hearings and calculation of potential liability of government; work on calculations; review detailed analysis of potential CSD claims | 2.50 | 2,225.00 |
| 12/02/16 | Jay Vaughan | Work on litigation developments | .20 | 159.00 |
| 12/02/16 | Jay R. Indyke | Email re analysis of case law and regulatory law on the arising CSD claims | 1.10 | 1,226.50 |
| 12/02/16 | Jay R. Indyke | Email exchange re correspondence with ED in time to file amended claim | .20 | 223.00 |
| 12/02/16 | Jay R. Indyke | Email exchange re continuing discussion on ED ability to assert post-petition claim on filed amended claim | .20 | 223.00 |
| 12/03/16 | David E. Mills | Review court filings | .40 | 356.00 |

# Cooley

**Invoice Number: 1713651**
CL 01 17604

519664-101
**General**
DL19664.0001

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/05/16 | Robert B. Winning | Telephone call re research on ED claim amendment and related research | .90 | 693.00 |
| 12/05/16 | Naomi Harralson May | Review bankruptcy law arguments re closed school loan discharges | .20 | 101.00 |
| 12/05/16 | David E. Mills | Emails with R. Keats re hearings, calculation of potential liability and potential CSD claims | 1.50 | 1,335.00 |
| 12/05/16 | Jay R. Indyke | Email exchange re analysis and observations on CSD claims filing | .20 | 223.00 |
| 12/05/16 | Melissa H. Boyd | Emails re when claims arise and additional research; telephone calls re research re late-filed claims in chapter 7 cases | 6.50 | 4,095.00 |
| 12/06/16 | Michael B. Goldstein | Conferences and emails re amended POC issues | .80 | 880.00 |
| 12/06/16 | David E. Mills | Work on briefing schedule with AUSA J. Malloy re amendment of proof of claims; email exchange with R. Keats; work on calculations | 1.80 | 1,602.00 |
| 12/06/16 | Melissa H. Boyd | Analyze 6th Cir. cases and research nationwide re (dis)allowing late filed claims, filing placeholder contingent claims, and claim timing requirements when claims arise post-bar date | 5.40 | 3,402.00 |
| 12/07/16 | David E. Mills | Emails with AUSA J. Malloy re hearings, briefing and settlement calculations for settlement discussion; work on analysis re same | 1.80 | 1,602.00 |
| 12/07/16 | Melissa H. Boyd | Review/analyze cases and research re extending claim objection deadline and allowing late claims in chapter 7 and 11 cases | 2.20 | 1,386.00 |
| 12/08/16 | Michael B. Goldstein | Conference re securing necessary information re settlement negotiations | .60 | 660.00 |
| 12/08/16 | David E. Mills | Review inquiry from investor and work on response to same; review information from COE re financial condition and assets; work on strategy re same | 3.20 | 2,848.00 |

# Cooley

Invoice Number:  1713651
CL 01 17604

519664-101
**General**
  **DL19664.0001**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/08/16 | Melissa H. Boyd | Review/analyze cases re claims deadlines/extensions in chapter 7 and 11 cases; draft memo analyzing cases and bankruptcy rules re likelihood of ED late-filed or timely claim | 4.30 | 2,709.00 |
| 12/09/16 | Robert B. Winning | Analysis of late filed claim issues | 1.40 | 1,078.00 |
| 12/09/16 | Michael B. Goldstein | Conferences and emails re settlement negotiations | .70 | 770.00 |
| 12/09/16 | David E. Mills | Review financial information provided by COE | 1.10 | 979.00 |
| 12/09/16 | Melissa H. Boyd | Telephone calls re ED proof of claim research; review Collier treatise and bankruptcy rules re allowing late-filed claims in chapter 7 cases | .80 | 504.00 |
| 12/12/16 | Melissa H. Boyd | Analyze case law re subordinating, rather than disallowing, late-filed claims in chapter 7 cases | .90 | 567.00 |
| 12/13/16 | Michael B. Goldstein | Conference re mediation issue | .40 | 440.00 |
| 12/13/16 | David E. Mills | Exchange email correspondence re COE and mediation process | .90 | 801.00 |
| 12/13/16 | Jay R. Indyke | Review email re proof of claim bar date research on CSD claims issues | .30 | 334.50 |
| 12/13/16 | Melissa H. Boyd | Emails re claims deadline for governmental units and review rules re same | .30 | 189.00 |
| 12/14/16 | Robert B. Winning | Prepare for and participate in meeting re ED claim issue | .80 | 616.00 |
| 12/14/16 | Michael B. Goldstein | Email exchanges re settlement negotiations and calculations of reimbursement obligations | 1.30 | 1,430.00 |
| 12/14/16 | David E. Mills | Review facts and law re CSD claims; work on negotiation strategy for mediation with COE | 1.60 | 1,424.00 |
| 12/14/16 | Jay Vaughan | Work on claim developments and estimates for receivables | .20 | 159.00 |

# Cooley

Invoice Number: 1713651
CL 01 17604

**519664-101**
**General**
**DL19664.0001**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/14/16 | Jay R. Indyke | Conference re subordination issue on late filed claim | .20 | 223.00 |
| 12/14/16 | Jay R. Indyke | Email re interplay of subordination provisions for late filed claims | .40 | 446.00 |
| 12/15/16 | Marjorie Arrington | Research email exchanges and other correspondence re client's agreement re payment of Title IV refunds and release of HCM2 funds requested | 5.00 | 2,500.00 |
| 12/15/16 | Jay R. Indyke | Meeting re CDS claims and strategies | 1.00 | 1,115.00 |
| 12/16/16 | Marjorie Arrington | Research emails and other correspondence re client's agreement re payment of Title IV refunds and release of HCM2 funds requested | 5.00 | 2,500.00 |
| 12/16/16 | David E. Mills | Review email from J. Woodcox and advise re same | .50 | 445.00 |
| 12/17/16 | Michael B. Goldstein | Review memorandum; email exchange re potential FTCA claim | .40 | 440.00 |
| 12/18/16 | Naomi Harralson May | Research and respond to question re HCM2 disbursements and refund offsets | .30 | 151.50 |
| 12/18/16 | David E. Mills | Review email analysis prepared by J. O'Toole purportedly on behalf of Decker, Inc. re viability of FTCA claims; review research re same | .70 | 623.00 |
| 12/19/16 | Robert B. Winning | Prepare for and participate on call re amendment to ED claim and potential responses | 1.10 | 847.00 |
| 12/19/16 | Marjorie Arrington | Review summary of funds due client from ED | 2.50 | 1,250.00 |
| 12/19/16 | Michael B. Goldstein | Prepare for and participate in telephone conference re contesting ED POC respecting CSR issue | 1.20 | 1,320.00 |
| 12/19/16 | David E. Mills | Telephone conference with client re strategy for response to J. O'Toole's theories; work on issues re ED amendment of proof of claim; work on analysis and strategy | 2.20 | 1,958.00 |
| 12/19/16 | Alyssa T Saunders | Analyze viability of claims against ED under FTCA | .40 | 288.00 |

# Cooley

**Invoice Number: 1713651**
CL 01 17604

**519664-101**
**General**
**DL19664.0001**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/19/16 | Jay Vaughan | Work on summary of amounts due | .70 | 556.50 |
| 12/19/16 | Jane L. van Benten | Review J. O'Toole's proposed claims | .50 | 212.50 |
| 12/19/16 | Nicole B. Carroll | Review files for 2005 and 2013 NACIQI staff reports | .20 | 45.00 |
| 12/19/16 | Jay R. Indyke | Review recent materials in preparation for all hands call in addressing issues with Debtor | .20 | 223.00 |
| 12/19/16 | Jay R. Indyke | Telephone call re potential FTCA claim and CSD claims | 1.10 | 1,226.50 |
| 12/20/16 | David E. Mills | Telephone conference with client re CSD claims; work on email response for J. O'Toole re potential FTCA claims | 1.80 | 1,602.00 |
| 12/20/16 | Jay R. Indyke | Telephone call with R. Keats re purported FTCA claim | .40 | 446.00 |
| 12/20/16 | Jay R. Indyke | Review email exchanges re FTCA claim re abandonment, statute of limitations, etc. | .30 | 334.50 |
| 12/21/16 | Michael B. Goldstein | Review materials re claims and negotiations; emails and conference re guidance | 1.30 | 1,430.00 |
| 12/21/16 | David E. Mills | Work on email response to J. O'Toole re potential FTCA claims | 1.70 | 1,513.00 |
| 12/22/16 | Michael B. Goldstein | Conference re mediation issues | .60 | 660.00 |
| 12/22/16 | David E. Mills | Work on mediation strategy; telephone conference with P. Coffman re same | 1.50 | 1,335.00 |

**Total Fees**                                                      **$63,579.50**

# Cooley

**Invoice Number: 1713651**
CL 01 17604

519664-101
General
DL19664.0001

**Fee Summary:**

| Timekeeper | Type | Rate | Hours | Total |
|---|---|---|---|---|
| Marjorie Arrington | Practice Group Professional | 500 | 12.50 | 6,250.00 |
| David E. Mills | Partner | 890 | 24.50 | 21,805.00 |
| Jay Vaughan | Partner | 795 | 1.10 | 874.50 |
| Jay R. Indyke | Partner | 1115 | 6.40 | 7,136.00 |
| Michael B. Goldstein | Senior Counsel | 1100 | 9.20 | 10,120.00 |
| Robert B. Winning | Associate | 770 | 4.60 | 3,542.00 |
| Naomi Harralson May | Associate | 505 | .90 | 454.50 |
| Alyssa T Saunders | Associate | 720 | .40 | 288.00 |
| Jane L. van Benten | Associate | 425 | .50 | 212.50 |
| Melissa H. Boyd | Associate | 630 | 20.40 | 12,852.00 |
| Nicole B. Carroll | Paralegal | 225 | .20 | 45.00 |

**For costs and disbursements recorded through December 31, 2016 :**

| | |
|---|---|
| Reproduction of Documents | 0.60 |
| Research Database / Document Retrieval | 862.74 |
| **Total Costs** | **$863.34** |
| **Matter Total** | **$64,442.84** |
| **Total Due on All Matters** | **$64,442.84** |

# Cooley

ATTORNEYS AT LAW

101 California
5th floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
San Diego, CA
Los Angeles, CA
Broomfield, CO
Seattle, WA
New York, NY
Reston, VA
Washington, DC
Boston, MA
Shanghai, P. R. China
London, United Kingdom

January 13, 2017

Robert W. Keats
Decker College, Inc., Debtor
Keats & Schwietz, PLLC
P.O. Box 221377
Louisville, KY 40252

**Invoice Number: 1713651**
CL 01 17604

## R E M I T T A N C E   A D V I C E

### Please include this Remittance Advice with your payment

**For current services rendered through 12/31/2016-Invoice No. 1713651:**

| Client-Matter | | Fees | Costs | Total |
|---|---|---|---|---|
| 519664-101 | General | 63,579.50 | 863.34 | 64,442.84 |

**Total Due on Current Invoice** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $     **64,442.84**

**Cooley LLP**
101 California Street, 5th floor
San Francisco, CA 94111-5800

Tax ID# 94-1140085

**Payment may be made by wire transfer or ACH:**
Wells Fargo Bank - San Francisco, CA 94104
Account # 4129155206  ABA Routing # 121000248  Swift # WFBIUS6S
**When making electronic payments please provide invoice number(s)
and send remittance advice to AR@cooley.com**

Invoices are due and payable upon receipt. Any unpaid balance after 30 days may
accrue late charges.