UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DECKER COLLEGE, INC. | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | CASE NO. 05-61805-THF |
| | ) | |

### DECLARATION OF DANIEL V. SMITH

I, Daniel V. Smith, declare under penalty of perjury of the laws of the United States of America that the following is true and correct and states as follows:

1. My name is Daniel V. Smith and I am an Attorney and licensed to practice in the Commonwealth of Kentucky.
2. I am with the law firm of Smith & O'Toole, PLLC, 114 N. 2nd St., Richmond, Kentucky 40475.
3. I was retained to, among other things, to get Decker College reinstated by the Commonwealth of Kentucky Secretary of State.
4. I was informed by the Kentucky Secretary of State's office that Decker College could not be reinstated due to its failure to file tax returns.
5. I contacted the Kentucky Treasurer's Office and was told that Decker College could file zero income tax returns since Decker College did not have any income for the years it had been in bankruptcy.
6. A request was made of the Trustee to file the required tax returns and he refused. The Trustee also was asked if he would allow Decker to file the tax returns and the Trustee would not consent.

_/s/ Daniel V. Smith_
Daniel V. Smith
Attorney at Law
Smith & O'Toole, PLLC