UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DECKER COLLEGE, INC. | ) | CASE NO. 05-61805-thf |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

### ORDER TO APPEAR AND SHOW CAUSE

This matter comes before the Court upon the Court's *sua sponte* inquiry concerning the propriety of Laurence J. Zielke and the Zielke Law Firm, PLLC's (collectively "Zielke Law") representation of both Decker College, Inc. ("Decker") and Jeffrey Woodcox and Gerald Woodcox.

The Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Laurence J. Zielke shall appear on <u>October 5, 2017 at 1:30 p.m. (Eastern Time) in Courtroom #2, Fifth Floor, Seventh Street Elevators, Gene Snyder Courthouse, 601 West Broadway, Louisville, KY 40202</u>, to show cause why Zielke Law should not be disqualified from representing Decker and Jeffrey Woodcox and Gerald Woodcox in this case and all related proceedings.

**IT IS FURTHER ORDERED** that Michael E. Wheatley, Chapter 7 Trustee for Compass Educational Holdings, Inc. (Case Number 05-61804-thf), shall appear at this hearing.

**IT IS FURTHER ORDERED** that Zielke Law and any other party in interest may file a memorandum of law in support of or opposition to disqualification, on or before September 21, 2017.

**IT IS FURTHER ORDERED** that any party in interest, except Laurence J. Zielke and Michael E. Wheatley, may appear telephonically. Any party appearing telephonically shall notify the Court prior said hearing.